UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SERGIO LOPEZ, | ) | Case No. 07cv1272-WQH (BLM) |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING JOINT MOTION** |
| v. | ) | **FOR EXTENSION OF TIME TO** |
| | ) | **COMPLETE DISCOVERY** |
| CHULA VISTA POLICE DEPARTMENT, | ) | |
| et al., | ) | [Doc. No. 27] |
| | ) | |
| Defendants. | ) | |

On August 7, 2008, the parties filed a joint motion requesting that the Court continue the expert and discovery deadlines in this case. Doc. No. 27.  Good cause appearing, the joint motion is **GRANTED** and the schedule in this case is hereby amended as follows:

1.  All expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be served on all parties on or before **September 5, 2008**.  Any contradictory or rebuttal information shall be disclosed on or before **August 19, 2008.**  In addition, Fed. R. Civ. P. 26(e)(1) imposes a duty on the parties to supplement the expert disclosures made pursuant to Fed. R. Civ. P. 26(a)(2)(B) by the time that pretrial disclosures are due under Fed. R. Civ. P. 26(a)(3) (discussed below).

///

1   The parties are advised to consult with Fed. R. Civ. P. 26(a)(2)
2   regarding expert disclosures.  Such disclosures shall include an expert
3   report, all supporting materials, a complete statement of all opinions
4   to be expressed and the basis and reasons therefor, the data or other
5   information considered by the expert in forming the opinions, any
6   exhibits to be used as a summary of or as support for the opinions, the
7   qualifications of the witness including a list of all publications
8   authored by the witness within the preceding ten years, the compensation
9   to be paid for the study and testimony, and a list of other cases in
10  which the witness has testified as an expert at trial or by deposition
11  within the preceding four years.

12  This disclosure requirement applies to all persons retained or
13  specially employed to provide expert testimony, <u>or</u> whose duties as an
14  employee of the party regularly involve the giving of expert testimony.

15  **Please be advised that failure to comply with this section or any**
16  **other discovery order of the Court may result in the sanctions provided**
17  **for in Fed. R. Civ. P. 37, including a prohibition on the introduction**
18  **of experts or other designated matters in evidence.**

19  2.   All fact discovery shall be completed by all parties on or
20  before **<u>October 24, 2008</u>**.  All expert discovery shall be completed by all
21  parties on or before **<u>November 7, 2008</u>**.  "Completed" means that all
22  discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and
23  discovery subpoenas under Rule 45, must be initiated a sufficient period
24  of time in advance of the cut-off date, <u>so that it may be completed by</u>
25  <u>the cut-off date</u>, taking into account the times for service, notice, and
26  response as set forth in the Federal Rules of Civil Procedure.

27  Counsel shall promptly and in good faith meet and confer with
28  regard to all discovery disputes in compliance with Civil Local Rules

07cv1272-WQH (BLM)

16.5(k) and 26.1(a). **All discovery motions shall be filed within thirty (30) days after counsel have met and conferred and reached an impasse with regard to any particular discovery issue, but in no event shall discovery motions be filed more than sixty (60) days after the date upon which the event giving rise to the discovery dispute occurred.** For oral discovery, the event giving rise to the discovery dispute is the completion of the transcript of the affected portion of the deposition. For written discovery, the event giving rise to the discovery dispute is either the service of the response, or, if no response was served, the initial date the response was due. **In addition, all discovery motions must be filed within thirty (30) days after the close of discovery.**

All other dates and deadlines, including the November 26, 2008 deadline for filing all other pretrial motions, shall remain as previously set.

**IT IS SO ORDERED.**

DATED:  August 11, 2008

_____
BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

ALL COUNSEL

3

07cv1272-WQH (BLM)