UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO LOPEZ, | Case No. 07cv1272-WQH (BLM) |
| Plaintiff, | **ORDER REQUIRING CONFIRMATION OF SERVICE AND TAKING MOTION TO COMPEL UNDER SUBMISSION** |
| v. | |
| CHULA VISTA POLICE DEPARTMENT, et al., | |
| Defendants. | |

On September 16, 2008, this Court issued a briefing schedule for Defendants' Motion for Order Enforcing Deposition Subpoena of Third Party Witness Employees of U.S. Immigration and Customs Enforcement Agents Martin, Mulvey and Hayes. Doc. No. 31. In that order, the Court ordered Defendants' counsel to "promptly serve a copy of this order on the non-party deponents." Id.

In order to confirm that U.S. Immigration and Customs Enforcement Agents Martin, Mulvey and Hayes and their counsel received notice of the Court's order, Defendants are hereby ordered to file a declaration and/or certificate of service on or before **October 2, 2008** confirming that they effected service as directed prior to the non-parties' September 26, 2008 deadline for opposing the motion.

1   Upon receipt of this documentation, the Court will take the matter
2 under submission pursuant to Civil Local Rule 7.1(d)(1) and no oral
3 argument will be heard on October 7, 2008.
4   **IT IS SO ORDERED.**
5 DATED: September 30, 2008

          BARBARA L. MAJOR
          United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

ALL COUNSEL