PETER L. GARCHIE, SB# 105122
   E-Mail: garchie@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West "C" Street, Suite 800
San Diego, California 92101
Telephone: (619) 233-1006
Facsimile: (619) 233-8627


BART J. MIESFELD, ESQ. SB#126056
INTERIM CITY ATTORNEY
CITY OF CHULA VISTA
276 Fourth Avenue
Chula Vista, CA 91910
Telephone: 619-691-5037/Fax: 619-476-5305


Attorneys for CITY OF CHULA VISTA POLICE DEPARTMENT, CITY OF CHULA VISTA, RICHARD EMERSON, D. CLARK, G. ARMSTRONG, D. MARTINEZ, SERGEANT GUTHRIE, and SERGEANT FOBES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO LOPEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF CHULA VISTA POLICE DEPARTMENT, CITY OF CHULA VISTA, a municipal corporation, RICHARD EMERSON, D. CLARK, an individual, G. ARMSTRONG, an individual, D. MARTINEZ, an individual, SERGEANT GUTHRIE, an individual, SERGEANT FOBES, an individual, DOES 1-20, inclusive,<br><br>        Defendant. | CASE NO. 07CV1272 WQH BLM<br><br>**DEFENDANTS' EXPERT WITNESS DISCLOSURES** |

550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

4833-2745-4466.1

-1-

DEFENDANT'S EXPERT WITNESS DISCLOSURES

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendants, CITY OF CHULA VISTA POLICE DEPARTMENT, CITY OF CHULA VISTA, RICHARD EMERSON, D. CLARK, G. ARMSTRONG, D. MARTINEZ, SERGEANT GUTHRIE, and SERGEANT FOBES hereby serve their Expert Witness Disclosures, as follows:

**DISCLOSURE OF EXPERT TESTIMONY BY E.J. PELLEGRINO**

E.J. Pellegrino
Pellegrino Consulting, Inc.
7560 Navigator Circle
Carlsbad, CA 92009
(760) 918-6968

1. To date Mr. Pellegrino has not prepared an expert report, which will include his opinions, the basis and reason for his opinions, the data or other information considered by him in forming opinions, and any exhibits to be used as a summary for his opinions.

2. Defendants anticipate augmentation of the expert witness disclosures, including the expert report by Mr. Pellegrino, as soon as possible.

3. E.J. Pellegrino is an expert in police procedures and use of force and will testify regarding such matters as they relate to the subject incident. Mr. Pellegrino will also respond to the opinions that may be expressed by plaintiff's use of force expert, if any.

4. Mr. Pellegrino has been a court qualified expert witness on use of force and police procedures since 1976. He obtained a Bachelors of Science Degree in Criminology from California State University, Long Beach, in 1965, and a Masters Degree in Public Administration from California State University, Fullerton, in 1976. Mr. Pellegrino has been the director of the Fullerton College Police Academy since 1991, and was previously a Detective/Sergeant with the Losa Angeles Police Department, 1965-1991. Mr. Pellegrino's curriculum vitae will be provided as soon as possible.

5. Mr. Pellegrino has not authored any discoverable publications within the preceding ten years.

6. Mr. Pellegrino's expert witness fee schedule is attached hereto, incorporated by reference, and marked Exhibit A.

/ / /

4833-2745-4466.1

-2-

DEFENDANT'S EXPERT WITNESS DISCLOSURES

7. A list of the cases in which Mr. Pellegrino has testified as an expert witness from 1992 through the present is attached hereto, incorporated by reference, and marked Exhibit B.

**DISCLOSURE OF EXPERT TESTIMONY BY RAYMOND M. VANCE, M.D.:**

Raymond M. Vance, M.D.
3737 Moraga Avenue, Suite A106
San Diego, CA 92117
(858) 270-4420

1. To date Dr. Vance has not prepared an expert report, which will include his opinions, the basis and reason for his opinions, the data or other information considered by him in forming opinions, and any exhibits to be used as a summary for his opinions.

2. Defendants anticipate augmentation of the expert witness disclosures, including the expert report by Dr. Vance, as soon as possible.

3. Dr. Vance is an expert in orthopedic surgical procedures and will testify regarding such matters as they relate to the subject incident. Dr. Vance will also respond to the opinions that may be expressed by plaintiff's orthopedic surgical expert, if any.

4. Dr. Vance is a medical doctor and expert in orthopedic surgery. He obtained a Bachelor of Science Degree from Georgetown University in 1970 and a Doctor of Medicine degree from the University of Pennsylvania School of Medicine in 1974.

5. Dr. Vance's curriculum vitae is attached hereto, incorporated by reference, and marked as Exhibit C.

6. Dr. Vance has not authored any discoverable publications within the preceding ten years.

7. Dr. Vance's expert witness fee schedule is attached hereto, incorporated by reference, and marked Exhibit D.

**DISCLOSURE OF EXPERT TESTIMONY BY MARK A. KALISH, M.D., F.A.P.A.**

Mark A. Kalilsh, M.D., F.A.P.A.
3131 Camino del Rio North, Suite 270
San Diego, CA 92108
(619) 282-7172

1. To date Dr. Kalish has not prepared an expert report, which will include his opinions, the basis and reason for his opinions, the data or other information considered by him in forming opinions, and any exhibits to be used as a summary for his opinions.

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

2. Defendants anticipate augmentation of the expert witness disclosures, including the expert report by Dr. Kalish, as soon as possible.

3. Dr. Kalish is an expert in psychiatry and will testify regarding such matters as they relate to the subject incident. Dr. Kalish will also respond to the opinions that may be expressed by plaintiff's psychiatric expert, if any.

4. Dr. Kalish's curriculum vitae is attached hereto, incorporated by reference, and marked as Exhibit E.

5. Dr. Kalish is a medical doctor, Diplomat in Psychiatry, American Board of Psychiatry and Neurology, Diplomat in Forensic Psychiatry, American Board of Forensic Psychiatry, and Diplomat, American Board of Medical Examiners. He obtained a Bachelor of Science Degree from the University of Michigan in 1972, a Master of Public Health degree from the University of Michigan in 1977, and a Doctor of Medicine degree from Northwestern University Medical School in 1977. Dr. Kalish has been Assistant Clinical Professor, voluntary, Department of Psychiatry, at the University of California, San Diego, since 1989.

6. Dr. Kalish has not authored any discoverable publications within the preceding ten years.

7. Dr. Kalish's expert witness fee for deposition and trial testimony is $500 per hour.

8. A list of the cases in which Dr. Kalish has testified as an expert witness from 1992 through the present is attached hereto, incorporated by reference, and marked Exhibit F.

**DISCLOSURE OF EXPERT TESTIMONY BY BILL LEWINSKY, Ph.D.**

Bill Lewinsky, Ph.D.
Director
Force Science Research Center
124 E. Walnut Street, Suite 120
Makato, MN 56001
(507) 387-1290

1. To date Dr. Lewinsky has not prepared an expert report, which will include his opinions, the basis and reason for his opinions, the data or other information considered by him in forming opinions, and any exhibits to be used as a summary for his opinions.

2. Defendants anticipate augmentation of the expert witness disclosures, including the expert report by Dr. Lewinsky as soon as possible.

4833-2745-4466.1

-4-

DEFENDANT'S EXPERT WITNESS DISCLOSURES

3. Dr. Lewinsky is the Director of the Force Science Research Center in Mankato, Minnesota. He is expected to testify regarding officer abilities, the circumstances surrounding the incident in question, and, including but not limited to, police officer reaction time and judgment in situations arising from the facts of the plaintiff's case.

4. A copy of Dr. Lewinksy's curriculum vitae is attached hereto, incorporated by reference, and marked Exhibit G.

5. Dr. Lewinsky's fee is $475.00 per hour.

DATED: June 12th 2008          LEWIS BRISBOIS BISGAARD & SMITH LLP

By_____
Peter L. Garchie
Attorneys for CITY OF CHULA VISTA
POLICE DEPARTMENT, CITY OF CHULA
VISTA, RICHARD EMERSON, D. CLARK,
G. ARMSTRONG, D. MARTINEZ,
SERGEANT GUTHRIE, and SERGEANT
FOBES

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

4833-2745-4466.1

-5-

DEFENDANT'S EXPERT WITNESS DISCLOSURES

EXHIBIT A

7560 NAVIGATOR CIRCLE
CARLSBAD, CALIFORNIA 92009
TELEPHONE: 760-918-6968
FAX: 760-918-6969
EMAIL: epellegrino@fullcoll.edu
CELL: 760-420-4207

PELLEGRINO CONSULTING INC. - USE OF FORCE / POLICE PROCEDURE CONSULTANT

# CONSULTANT FEES

## HOURLY RATE

An hourly rate will be assessed at one hundred twenty five dollars per hour ($125.00) for professional services rendered: Consultation, research, insight and analysis of file material, written reports, walk-through and court preparation.

## DEPOSITION/COURT TESTIMONEY

An hourly rate will be assessed at two hundred and fifty dollars per hour ($250.00), with a two-hour minimum.

## TRAVEL EXPENSES

Travel expenditures will be calculated portal-to-portal, at one hundred twenty five dollars per hour ($125.00). Hotel, Airfare and Car Rental are reimbursable at cost incurred.

## STATEMENT

Tabulated statement submitted to the client is payable upon receipt.

08/13/2007 00:23          No.: R683          P.008/008

EXHIBIT B

CARLSBAD, CALIFORNIA 92009
TELEPHONE: 760-918-6968
FAX: 760-918-6968
EMAIL: epellegrino@fullcoll.edu
CELL: 760-420-4207

## PELLEGRINO CONSULTING INC - USE OF FORCE / POLICE PROCEDURE CONSULTANT

## CASES IN, WHICH E. J. PELLEGRINO TESTIFIED AS AN EXPERT WITNESS FROM 1992 TO THE PRESENT

| | |
|---|---|
| 1992 | Watts v. City of Santa Ana |
| 1992 | Marin v. City of Santa Ana |
| 1992 | Calatayud v. State of California-P |
| 1992 | Robles v. United States of America |
| 1992 | Gicante v. City of La Mesa |
| 1992 | Carter v. King (National City) |
| 1992 | Greeson v. Kindey |
| 1992 | Spells v. City of National City |
| 1992 | Saldivar v. City of Honolulu Hawaii |
| 1992 | Green v. City of San Diego |
| 1992 | White v. City of San Diego |
| 1992 | Durpray v. City of Costa Mesa |
| 1993 | Haliburda v. City of Santa Ana |
| 1993 | Segovia v. City of San Diego |
| 1993 | Raimey v. City of Santa Ana |
| 1993 | Van Ort v. County of Santa Ana |
| 1993 | Detective Geoghegan v. City of St. Petersburg, Florida-P |
| 1993 | Camacho v. City of Maywood |
| 1993 | Sumrall v. Metropolitan Transit (San Diego) |
| 1993 | Cross v. City of San Diego |
| 1994 | Hayes v. Fairbank Ranch |
| 1994 | Luth v. City of San Diego |
| 1994 | Edwards v. County of San Diego |
| 1994 | Lopez v. County of San Diego |
| 1994 | Cole v. Munot |
| 1994 | Savoy v. County of San Diego |
| 1994 | Fowlkens v. City of San Diego |
| 1994 | Vasquez v. County of San Diego |
| 1994 | Bartel v. City and County of Denver, Colorado |
| 1994 | Pena v. County of San Diego |
| 1994 | Salvati v. County of San Diego |
| 1994 | Escatell v. County of San Diego |
| 1994 | Tucker v. City of San Diego |
| 1995 | Lombard v. City of El Cajon |
| 1995 | Sprague v. City of San Diego |
| 1995 | People v. Thomas Minn (County of Riverside) |
| 1995 | Lizzan v. Gurnee (County of San Diego) |
| 1995 | Portland Police Bureau v. Portland Police Association-P |
| 1996 | Jimenez v. County of Imperial |
| 1996 | Charles White v. U. S. Department of Justice (P) |
| 1996 | Corso v. State of California (P) |
| 1996 | Betty Willis v. Marshall Inc. (City of Los Angeles) |

1997   Michelle Rayo v. Orion Asset Mg'ment
1997   Casta A. Veliz v. City of Los Angeles
1997   Willis Carto v. Larry Rooker (City of Costa Mesa)
1997   McComb v. Kern County
1997   Green/Rowden v. Murphy, et al (P)
1997   Hernandez v. City of San Diego
1997   Jacobson v. City of Los Angeles
1997   Grudek v. Bel Air Patrol, City of Oceanside et. al
1997   Price v. County of San Diego
1997   Daye v. City of San Diego
1998   Simone Samaniego v. City of San Diego
1998   Antonio Bogarin v. City of San Diego
1998   Johnny Fetterly v. City of San Diego
1998   Wayne Jennings v. William Meyers, ect. et al.(Kern County)
1998   Gregory Hollingsworth v. County of San Diego
1998   Patrick Josaphat v. L. Maillet(City of Los Angeles)
1998   Moral v. City of San Diego
1998   Papp v. Eisner (P)
1998   Frank Brenha v. City of San Diego
1998   Nicholas Bradley v. City of Los Angeles
1999   Peter Dale v. County of San Diego
1999   Estate of Jamel Radcliff v. Greenville County, South   Carolina
1999   Estate of Jaime Jaurequi, etc. v. William Williams, et al
1999   Robert Victor Howling v. City of Los Angeles, et al
1999   Daye v. City of San Diego
1999   Sabrina Allen v. City of San Diego
1999   Charlene Warren v. Jace Kessler(City of Los Angeles)
1999   Handy v. Kern County, et al.
1999   Jose Velasquez v. Dana Adams and the City of Los Angeles
2000   Gus D. Bouras v. City of Los Angeles et al.
2000   Leonardo Ruvalcaba v.  City of Los Angeles, et al
2000   Shawn Lee and Cheryl Freeman v. City of San Diego, et al
2000   Michael Boselli v. County of San Diego, Danny Goodrich
2000   Luis McIntire Jr., et al. v. City of Boulder, et al. (Colorado)
2000   Bryan Tulk v. City of Los Angeles, et al.
2000   Eric Bohl, et al. v. County Of Kern, et al.
2000   Mona Freeman v. City of San Diego
2000   Nathan Lee Reese v. United States of America
2000   Davis v. City of San Diego Police Department et. Al
2000   Venita Allen, Tiffany McConnell and Elva Gonzalez v. Daniel E. Pollack
2001   Shawn Lee, et al. v. Debbie Cotellessa, et al.
2001   Nezar Alwalli v. City of Los Angeles, et al
2001   Robert McIntyre, Tanya McIntyre and Rebecca McIntyre v. City of Los
2001   Angeles, A. Samuelson, T. Houston, S. Mallory and Does 1 through 10
2001   Linda Arndt v. Thomas Koby and the City of Boulder
2001   Rosa Moreno v. Michael Pace, et al. (Denver Police Department)
2001   Jo Anne Corder v. City and County of Denver
2001   Thomas McHale v. City of San Diego, et al.
2002   Carl Goins et al. v. County of San Diego, et al.
2002   Aaron Stevenson National City Police Department Civil Service Hearing
2002   Proctor G. Cooper, et al v. San Diego County Sheriff's Department, et al
2002   People v. Daniel L. Riter (Grand Jury Investigation)
2002   Abelardo Gonzalez v. County of San Diego, el al.
2003   Arbitration between the Tukwila Police Officers Guild and the City of Tukwila
2003   Estate of Demetrius Dubose v. City of San Diego

2

2003   Peter Yan v. City of San Diego
2003   Mitchell v. City of San Diego
2003   Peter Mares v. Scott Voeltz, City of Los Angeles, et al.
2003   Daubert Hearing Re: Rosa Moreno v. Michael Pace, et al.
2003   Estate of Poe v. City of San Diego
2003   People v. Daniel Riter
2003   Sean MacGregor v. State of California
2003   Elizabeth Acosta v. City of San Diego
2003   Seam MacGregor v. State of California
2003   Garcia v. City and County of Denver and Officer Raymond Gallardo
2003   People v. Valdovinos
2003   Estate of Gabino Flores v. Bryan, et al.
2003   Mendoza v. City of Long Beach, et al.
2004   Peter A. Busalacchi v. City of San Diego, et al.
2004   Luis McIntire, Jr. v. City of Boulder, et al.
2004   Kimberly Hart v. City of San Diego, et al.
2004   Ronald Lee Hickman v. County of San Diego, et al
2004   Guindazola v. Haggerty
2004   Elizabeth M. Acosta v. City of San Diego, et al
2004   Irina Gindentuller v. City of San Diego, et al
2005   Frank Kazerski v. County of San Diego, et al
2005   Maria Jimenez v. City of San Diego, et al
2005   Covelli v. County of Kern, et al
2005   Willis Watley v. San Diego Trolley, Inc., et al.
2005   Price, Joe Louis Jr., & Vincent Lionel v. City of Long Beach, et al.
2005   Angella Alcala v. City of Long Beach
2005   Chedva Federman v. County of Kern, et al.
2005   Teala Akllah v. County of San Diego, et al.
2005   Dan Cassady v. Yellowstone County and Sergeant Vince Wallis
2005   Joe Gutierrez v. City of Long Beach, et al.
2005   Brian Cahill v. County of San Diego, et al.
2005   Andrea Chaleene Polcyn v. J.T. Martin; Brian Tollison; James Beaver &
         Steve Loftis in his capacity as Greenville County Sheriff
2005   Christopher Justin Oliver, et al v. City of Los Angeles, et al
2005   Tammy Rashidi and Hanna Rashidi v.Deputy M. Ryniec
2005   Jesus Sanchez v. City of Chula Vista
2006   Tammy Rashidi and Hanna Rashidi v. Deputy M. Ryniec
2006   Gerald Miller v. David Garcia
2006   Foerster v. County of Los Angeles
2006   Robert A. and Christine T. McGregor v. City of San Diego
2006   William Michael Lengyel v. County of San Diego, et al.
2006   Robert A. and Christine T. McGregor v. City of San Diego
2006   Robert A. and Christine T. McGregor v. City of San Diego
2006   Delores J. Garcia v. Raymond Gallardo
2006   Jose Martinez v. City of Los Angeles, et al.
2007   Alan H. Daniels v. County of San Diego, et al
2007   Scott Johnson v. County of San Diego, et al

3

EXHIBIT C

FROM :                         FAX NO. :                        Jun. 12 2008 09:31AM  P2

# CURRICULUM VITAE

**NAME:**  Raymond M. Vance, M.D.

**OFFICE ADDRESS:**
3737 Moraga Ave., Suite A106
San Diego, CA  92117
Phone: (858)  270-4420

**BIRTHPLACE:**  Johnstown, Pennsylvania

**BIRTHDATE:**  1 September 1948

**SOCIAL SECURITY:**  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

**COLLEGE:**
Georgetown University
37th and O Streets
Washington, D.C.  20007

B.S. - Biology, 1970, Magna Cum Laude

**MEDICAL SCHOOL:**
University of Pennsylvania School of Medicine
Hamilton Walk
Philadelphia, Pennsylvania  19104

M.D. - 1974

**INTERNSHIP:**
University of California, San Diego
Department of Surgery
Straight Surgery - 1974-1975

**RESIDENCY:**
University of California, San Diego
Orthopedic Surgery - 1975-1979

**LICENSURE:**  California - G30115

**BOARD OF MEDICAL EXAMINERS:**  7/1/75 - Certificate No. 145565

**AMERICAN BOARD OF ORTHOPEDIC SURGEONS:**  1980

### RAYMOND M. VANCE, M.D.:

__HONORS:__   Phi Beta Kappa - Georgetown University, 1969.
Alpha Omega Alpha - University of Pennsylvania, 1973.

__SOCIETY MEMBERSHIPS:__   San Diego County Medical Society
American Academy of Orthopedic Surgeons
California Medical Association
California Orthopedic Association

__OFFICES HELD:__

__MISSION BAY HOSPITAL:__   Chairman Patient Care Evaluation Comm., 1981
Chairman Patient Care Evaluation Comm., 1982
Chief of Orthopedics, 1982
Vice-Chief of Staff, 1983
Chief of Orthopedics, 1983
Chairman Patient Care Evaluation Comm., 1983
Chief of Dept. Of Surgery, 1985
Chief of Staff, 1986
Chief of Orthopedics, 1990
Chief of Surgery, 1996

EXHIBIT D

**RICHARD GREENFIELD, M.D.**
A MEDICAL CORPORATION
**RAYMOND M. VANCE, M.D.**
A MEDICAL CORPORATION
3737 MORAGA AVENUE, SUITE A106
SAN DIEGO, CALIFORNIA 92117
TELEPHONE (858) 270-4420
FAX (858) 270-8199

ORTHOPEDIC SURGERY

DR. RAYMOND VANCE'S FEE SCHEDULE

| | |
|---|---|
| INDEPENDENT MEDICAL EXAM: | $750.00 |
| INDEPENDENT MEDICAL EXAM WITH INTERPRETER: | $900.00 |
| MEETING FEE: | $350.00 PER HOUR |
| DEPOSITION FEE: | $500.00 PER HOUR |
| ARBITRATION FEE: | $500.00 PER HOUR |
| TESTIMONY FEE: | $500.00 PER HOUR |
| TRAVEL TIME FEE: | $500.00 PER HOUR PLUS EXPENSES INCURRED FOR OVERNIGHT STAY |
| RECORD REVIEW: | $350.00 PER HOUR |
| REPORT FEE: | DEPENDS ON THE LENGTH OF THE REPORT |

EXHIBIT E

CURRICULUM VITAE

OF

# MARK A. KALISH, M.D.

## BIOGRAPHICAL DATA

Date of Birth: November 1, 1951

Place of Birth: Chicago, Illinois

Marital Status: Married

## PROFESSIONAL ADDRESS

3131 Camino del Rio North
Suite 270
San Diego, California 92108
       (619) 282-7172
Fax:    (619) 282-7626

## EDUCATION

B.S., The University of Michigan; Ann Arbor, Michigan; Major - Biology
August, 1972

M.P.H., The University of Michigan; Ann Arbor, Michigan; Major - Medical Care Organization;
December, 1977

M.D., Northwestern University Medical School; Chicago, Illinois; December, 1977

Internship: Loma Linda University Medical School; Loma Linda, California;
Department of Psychiatry; January - December, 1978
Training Director: Louis P. Bozzetti, M.D.

Residency: The University of California, San Diego
Department of Psychiatry, M-300, La Jolla, California 92037 July, 1979 - July, 1982
Training Director: Robert Nemiroff, M.D.

**Mark A. Kalish, M.D.**
February 6, 2008

## MEDICAL LICENSE

California Physician & Surgeon License, G 38634, January 2, 1979

## BOARD CERTIFICATION

Diplomate, Board of Medical Examiners, 1979

Diplomate in Psychiatry, American Board of Psychiatry and Neurology, 1986

Diplomate in Forensic Psychiatry, American Board of Forensic Psychiatry, 1989

Diplomate in the Subspecialty of Forensic Psychiatry, American Board of Psychiatry and Neurology, October, 1994 - October, 2004

Recertification in Forensic Psychiatry, American Board of Psychiatry and Neurology, 2003 - 2013

Independent Medical Examiner, State of California, Department of Industrial Relations, Division of Industrial Accidents, 1989 - 1993

Examiner, American Board of Forensic Psychiatry, 1990 - 1991

Examiner, American Board of Psychiatry & Neurology, 1990 – 1996, 1998, 2000

Fellow, American Psychiatric Association, 2001

Distinguished Fellow, American Psychiatric Association, 2003-2005

## ACADEMIC POSITIONS

Assistant Clinical Professor, voluntary; Department of Psychiatry, The University of California, San Diego; 1989 to present

Adjunct Professor of Law; The University of San Diego Law School, San Diego, California; February, 1989 to 1999

Clinical Instructor; Department of Psychiatry, The University of California, San Diego; 1983 to 1989

Guest Lecturer; The University of San Diego Law School, San Diego, California; 1985 to 1989

Lecturer; Department of Natural Resources and Human Ecology, California State College, San Bernardino, California; Fall, 1978

**Mark A. Kalish, M.D.**
February 6, 2008

## PROFESSIONAL EXPERIENCE

Psychiatric consultant to the military entrance processing station, 1997 - present

Appointment as Special Master to the Family Court Division of the San Diego County Superior Court, 1997 - 1998

Appointment as Guardian Ad Litum by the U.S. District Court, for the Southern District of California, 1997

Medical Consultant, California State Department of Corporations, 1997 - 2001

Medical Expert Reviewer, Medical Board of California, 1995 - present

Medical Expert Panel, California State Bar Court, 1995 - 1997

Staff Psychiatrist, Richard J. Donovan Correctional Facility, San Diego, California July, 1987 to June, 1988

Staff Psychiatrist, Metropolitan Correctional Center, San Diego, California; June, 1984 to October, 1985; October, 1987 to November, 1988

Psychiatric Consultant; California State Department of Rehabilitation, 1350 Front Street, San Diego, California 92101; July, 1982 to January, 1984

Consultant; CRASH Golden Hills Residential Treatment Facility, 2410 "E" Street, San Diego, California 92102; January, 1980 to May, 1989

Medical Director, CRASH Short Term Residential Drug Treatment Program, July, 1980 to July, 1981

Emergency Room Physician, Jerry L. Pettis Memorial Veterans Administration Medical Center, Loma Linda, California; January, 1979 to July, 1979

## HOSPITAL AFFILIATIONS

Attending Staff; Mercy Hospital, 4077 Fifth Avenue, San Diego, California; July, 1982 to August, 2000

Courtesy Staff; Mercy Hospital, 4077 Fifth Avenue, San Diego, California; August, 2000 to February, 2008

**Mark A. Kalish, M.D.**
February 6, 2008

## MEDICAL STAFF POSITIONS

Treasurer, Vista Hill Medical Staff, 1985

Secretary, Vista Hill Medical Staff, 1986

Chairman, Pharmacy & Therapeutics Committee, Vista Hill Hospital, 1985, 1986

Member, Pharmacy & Therapeutics Committee, Mercy Hospital, 1985 to 2001

Chairman, Ad Hoc Committee on Sedative-Hypnotics, P & T, Mercy Hospital, 1985

Member, Library Committee, Mercy Hospital, 1985 to 1993

Chairman, Committee on Psychiatry & the Law, San Diego Society of Psychiatric Physicians, 1987 to 1990

Member, Peer Review Committee, San Diego Society of Psychiatric Physicians, 1991 to 1998

Chairman, Peer Review Committee, San Diego Society of Psychiatric Physicians, 1992 to 1994

## PROFESSIONAL ORGANIZATIONS

Phi Beta Kappa, 1972

American Public Health Association, 1977-1990

San Diego Psychiatric Society, 1981-2005

American Psychiatric Association, 198 -2005

California Psychiatric Association, 1981-2005

San Diego Medical Society, 1981-2005

American Medical Association, 1981-2005

California Medical Association, 1981 -2005

American Academy of Psychiatry and the Law, 1986 to present

**Mark A. Kalish, M.D.**
February 6, 2008

## COMMUNITY ORGANIZATIONS

Director, Friends of Mercy, 1989 to 1994

Secretary Treasurer, Friends of Mercy, 1990

Vice President, Friends of Mercy, 1991

President, Friends of Mercy, 1992

Director, Mercy Physicians Medical Group, 1989 to 1991

Director, International Aerospace Hall of Fame, San Diego, California, 1985 to 1991

Sponsor, San Diego Old Globe Theater, 1986 to 1989

Member, National Hole-In-One Association, 1989

Underwriter, KPBS Radio, Public Radio- San Diego 1992 to 1998

EXHIBIT F

**Mark A. Kalish, M.D.**
3131 Camino del Rio North
Suite 270
San Diego, California 92108
(619) 282-7172
FAX
(619) 282-7626

Diplomate
American Board of
Psychiatry & Neurology

Diplomate
American Board of
Forensic Psychiatry

2003

- Graham v. Bahia Bell
- Dehart v. Pure Platinum of California
- Karkouti v. Sukay et al
- Phillips v. Loew's
- Ianni v. Spectrum Foods
- Medical Board v. Charap
- Townsley v. Watkins
- Miranda v. County of San Diego
- Alfaro v. California Highway Patrol
- Martin v. Kaiser
- Nichols v. Hamilton Street HOA
- Lambert v. Westat
- Perez v. LAPRA
- Duke v. Landry
- California v. Fletcher
- Flores v. USA
- Crew v. Bloomfield

2004

- Seever v. The Breeze
- Guzman v. J. Davis ent.
- CA. v. Barajas
- Donegan v. Yum Brands
- Kinney v. Biernacki
- Howard v. Kaiser
- CA v. Tuite
- CA v. Williams
- Moline-Schrader v. KGTV
- Bevaqua v. Cox Communications
- Pryor v. Lemon Grove School District
- CA v. Powers
- Bowers v. Tweeters

10/15/2007

- CA v. Loya
- Hillyer v. Brown
- Schaetz v. Olson
- Lopez et al v. Sunrise Management
- CA v. Williams
- Gindentuller v. County of San Diego et al
- Chaney v. State Dept. of Corrections
- Bentley v. Deutsch Post
- Bullock v. Jones
- Elizando v. Johnson
- US v. Diaz- Martinez, Raul
- US v. Karem Mikki
- Gonsalves v. Pinchiff

2005

- Bragg v. Luke
- Cummings v. Unum Provident Insurance
- California v. Najor
- Sherman v. City of Vista
- California v. Gilmore
- Medical Board of California v. Sprague
- Kazerski v. County of San Diego
- Blake v. Four Seasons Aviara
- Kyrklund v. Chimmneys R Us
- CA v. Yoegerst
- Parker v. Behrouzi
- Bergstedt-Perez v. United Health Group
- Dept. of Social Services v. Arca
- CA v. Najor
- US v. Krug
- CA v. Dunstyee
- Keenan v. McFadden
- Mauricio v. Scripps Health Care
- Smith v. Seever
- CA v. Schiltz
- Williams v. Callery
- Crosley et al v. David Smith
- Dari v. Gautereaux
- Kalva v. Advantage rent a car
- Edds v. Bay City Electric Works

file #

10/15/2007

2006

- California v. Mark Johnson
- Alemu v. Venn Watson
- Hannah v. Leticia
- Mauricio v. Scripps Health Care et al
- Moniz v. Sciuto
- US v. Vazquez-Valdez
- Madison v. Hallor
- Herb v. Wholesale Automotive
- Parrell v. Hillcrest Pharmacy
- CA v. Oxee
- CA v. McClough
- Anaya v. La Casa Mental Health Rehab.
- Gonzalez v. SD Unified School District
- CA v. Vieira
- Sorenson v. Midwest Television
- Wolf v. Accardi
- Ordway v. Richley
- Foster v. Nachurski
- Simmons v. Connor et al
- Denenberg v. California Dept of Transportation
- Schafer v. USPS
- Wilson v. National Small Business Administration
- LaFrance v. LA Superior Court
- Burbank v. Dudek & Associates
- Osteopathic Board v. Jeffrey Beck, D.O.

2007

- Huerta v. California department of corrections
- Jardim v. Rosemont Condominium Assoc.
- Demey v. Statefarm Insurance
- CA v. Benjamin
- Self v. Washington Mutual
- Schafer v. USPS
- CA v. Torres
- Tiznado v. Quest Diagnostics
- Maddox v. Costco Wholesale
- Lopez v. Bimbo Bakery
- Medical Board of California v. Dr. Rajaratnam
- Hogan v. PPD
- Medical Board of California v. Dr. Badr
- Fowler v.

file #

10/15/2007                                4

- Manoogian v. SDUSD
- Klingler v. Stu Siegel Productions
- Miller v. Lifestyles
- Castro v. SDGE

file #

EXHIBIT G

**William J. Lewinski, Ph.D.**
Director, Force Science Research Center
124 East Walnut Street – Suite 120, Mankato, MN 56001
Office: 507-387-1290 Fax: 507-387-1291

**FULL PROFILE  10/07**

---

## EDUCATION

Ph.D.   **Police Psychology:** Union Institute and University, Cincinnati, Ohio (1988)
Dissertation – "Calm in the Face of Death: A Training Program for Maximizing Performance in Crisis Decision Making"
Internship – "Behavioral Science Unit," Tucson Police Department

**Other Graduate Study:**        University of Vermont
University of Ottawa
Alfred Adler Institute (Chicago)
Mankato State University

M.A.   **Counseling** University of Arizona, Tucson, Arizona (1979)
Thesis – "An Alternative Explanation for the Stockholm Syndrome"

B.A.   **Psychology & Sociology:** Lakehead University, Thunder Bay, Ontario, Canada (1967)

---

## PREVIOUS RELEVANT EMPLOYMENT

Chair – Political Science/Law Enforcement Department
Professor/Director – Law Enforcement Program
Consultant and Trainer –        Law Enforcement
Hostage Situations
Martial Arts

Clinical Psychologist
Consulting Psychologist
Justice of the Peace

---

## HONORS AND SPECIAL AWARDS

- **2004 Distinguished Professor in the College of Social and Behavioral Sciences at Minnesota State University**
- **National Commission On Law Enforcement Integrity,** Appointed in 2001. Chair of the section on Lethal Force
- **National Advisory Board,** Police Marksman Magazine, 2001
- **Appointment to the Community Mental Health, Peace Officer Advisory Board by the MN Commissioner of Public Safety,** 2001
- **The Royal Canadian Mounted Police Commanding Officer's Certificate,** For assistance rendered to the R.C.M.P. under exceptional circumstances
- **Pima County (Tucson) Attorney's Victim/Witness Program,** Service Award

C:\Documents and Settings\vnegrete\Local Settings\Temp\XPGRPWISE\Full Personal Profile 10-07_1.doc

- International Association of Women Police, Service Award
- Mankato State University, Service Award
- Minnesota Association of Law Enforcement Firearms Instructors, Honorary Lifetime Membership
- Task Force on Families of Catastrophe, Invited to join the *Task Force to advise the U.S. State Department and the White House* regarding American hostages in Iran. Crisis resolved before formal activity on Task force was initiated.
- World Conference on Police Psychology, Invited to Attend FBI Academy, Quantico, Virginia, December 1985. Main focus was on how the behavioral sciences could assist law enforcement agencies in fulfilling their operational missions.
- Justice of the Peace, Legislative nomination and approval, *Province of Manitoba, Canada.* Nomination and appointment, Lieutenant-Governor of Canada in the name of Her Majesty, Queen Elizabeth the Second.

---

# EMPLOYMENT

## FULL TIME

**2003-present**  Executive Director – Force Science Research Center

**1997-1998**  Chair - Political Science/Law Enforcement Department,
Fifteen faculty, combined student population of 850 students including undergraduate and graduate majors in law enforcement, political science, paralegal, and public administration

**1987-1992**  Director - Law Enforcement Program,
Mankato State University, Mankato, Minnesota
 - 450 majors and 100 minors in program
 - Largest, highest standing, four-year law enforcement and/or criminal justice degree program in the State of Minnesota
 - Developed an applied research/consultation institute at Mankato State University
 - Developed an integrated clinical program resulting in a four year law enforcement degree and a police officer licensure program in Minnesota

**1981-present**  Professor - Law Enforcement Program,
Minnesota State University Mankato, Mankato, MN
 - Teach Police Psychology (Police Stress, Crisis Intervention (PERP), and Sex Crimes Investigation)
 - Teach Police Tactics (Tactical Communication)

**1979-1981**  Developmental Disabilities Coordinator - Blue Earth County Human Services, Mankato, MN
Therapist - Blue Earth County Human Services, Mankato MN
Teacher/Therapist - Blue Earth County, Family and Marriage Education Center, Mankato, MN

**1973-1978**  Psychologist - Child Development and Support Services, Manitoba Department of Education, Winnipeg, Manitoba, Canada

**1970-1973**  Clinical Psychologist - Society for Crippled Children and Adults of Manitoba, Winnipeg, Canada
Consultant, Winnipeg Association for the Mentally Retarded, Canada

**1968-1969**  High School Teacher to emotionally disturbed, learning disabled students, Thunder Bay, Ontario, Canada (English, mathematics, geography, physical education)

1967        Head Instructor - Open Arms Day Care Center for the Adult Mentally Retarded, Mankato, MN


**PART-TIME**

2002- present    Executive Director – Ultimate Performance Training, Inc. A research and consulting business.

1997- 2000      Co-Director - Complaint Institute - This is a unique coalition with MSUM, William Mitchell Law School and the Law Enforcement Minority Relations Steering Committee (Supreme Court Task Force.) We developed an institute in cooperation with the minority communities in Minnesota to provide a two-week certification course for Internal Affairs Investigators. We received federal and state grants totaling over $70,000 and ran 3 courses in1998 and one in 1999. We also ran three supervisory courses in this time for department administrators.

1990-1993      Staff Member - Minneapolis Police Department Academy, Minneapolis, MN

1982-present    Consultant in Law Enforcement

1981-1984      Presenter/Therapist - Blue Earth County Family Education Center, Mankato, MN

1980-present    Founder, Chief Instructor - Mankato Goju-Kai Karate-Do Club, Minnesota State University, Mankato, Mankato, MN (Regional Director, & Member of the National Board of Examiners, Goju-Kai Karate-Do, USA.)

1979-1982      Consultant-Hostage Negotiations - Southwest Security and Management Training, Tucson, AZ

1979           Adjunct Faculty - Psychology Department, Pima Community College, Tucson, AZ

1978           Consultant - *Royal Canadian Mounted Police*, Manitoba, Canada
               100 plus hours of negotiation and consultation

1971-1972      Unarmed Combat Instructor - *Queen's Own Cameron Highlanders of Canada*, Winnipeg, Manitoba, Canada

## PUBLICATIONS ABOUT MY WORK:

2007 "**Forensic Neuropathology, A Practical Review of the Fundamentals**" A Publication for Coroners – *Academic Press*. Page 237-9. A brief report on the application of Force Science research to "lethal combat scenario analysis."

November 2005 article by Bob Graham in **Police - The Voice of the Service** titled "Bulletproof."

May 2002 edition of the **Fordham Law Review** has an article that, in part, summarizes my expert witness work.

An article by Polk County, Iowa prosecutor, Joe Weeg, is presented in the May/June 2002 edition of the **Police Marksman** and is directed at firearms instructors, informing them about the impact of my research on subject movement and how important it is to inform prosecutors about my studies.

---

## EXPERT WITNESS (A REPRESENTATIVE LIST)

### CORONER'S INQUEST

April 2004    Coroner's Inquest, (James J. Perez) Portland, OR. Areas of Expertise, *"Biomechanics of Lethal Force"* and *"Action/Reaction Parameters."* (Attorney, Michael Schrunk.)

### GRAND JURIES

June 2007    Grand Jury Hearing, (David Stehl) Polk County, Des Moines, IA. Areas of Expertise, *"Action Reaction Parameters," "Suicide by Cop," "Tactics,"* and *"Perception and Memory."* (Consulted and testified – Assistant County Attorney, Joe Weeg.)

July 2005    Grand Jury Hearing, (Jonathon McCourt) Polk County, Des Moines, IA. Areas of Expertise, *"Action Reaction Parameters," "Suicide by Cop," "Tactics,"* and *"Perception and Memory."* (Doug Hammerand, Deputy Attorney, Iowa Attorney General's Office.)

May 2005    Grand Jury Trial: Daniel Scott, Polk County, Des Moines, IA. Area of Expertise, *""Biomechanics of Lethal Force"* and *"Action/Reaction Parameters."* (Consulted and testified - Attorney, Joe Weeg.)

April 2005    Grand Jury Hearing, (Arman Zilic) Polk County, Des Moines, IA. Areas of Expertise, *"Action Reaction Parameters," "Suicide by Cop"* and *"Tactics."* (Assistant County Attorney, Joe Weeg.)

C:\Documents and Settings\vnegrete\Local Settings\Temp\XPGRPWISE\Full Personal Profile 10-07_1.doc

March 2005    Grand Jury Hearing, (SPO Terrones) Polk County, Des Moines, IA. Areas of Expertise, *"Biomechanics of Lethal Force"* and *"Perception and Memory."* (Assistant County Attorney, Joe Weeg.)

March 2005    Grand Jury Hearing, (Brett Lynn Pace) Mills County, Glenwood, IA. Area of Expertise, *"Biomechanics of Lethal Force."* (Mills County Attorney, Marci L. Prier.)

December 2004 Grand Jury Hearing, (Michael S. Reyna) Polk County, Des Moines, IA. Areas of Expertise, *"Biomechanics of Lethal Force," "Action/Reaction Parameters" and "Effects of an Adverse Environment on Decision Making and Shooting."* (Assistant Polk County Attorney, Joe Weeg.)

September 2004 Grand Jury Hearing, (Melvin Nagle) Dallas County, Adel, IA. Areas of Expertise, *"Suicide by Cop," "Action/Reaction Parameters"* and *"Biomechanics of Lethal Force."* (Attorney, Wayne Reisetter.)

July 2004    Grand Jury Hearing, (Galbraith) Black Hawk County, Waterloo, IA. Areas of Expertise, *"Barricaded Subject"* and *"Edged Weapon Threat."* (Attorney, D. Raymond Walton.)

April 2004    Grand Jury Hearing, (James J. Perez) Portland, OR. Areas of Expertise, *"Biomechanics of Lethal Force"* and *"Action/Reaction Parameters."* (Attorney, David Woboril.)

April 2004    Grand Jury Hearing, (Nathan Vestal) Des Moines, IA. Areas of Expertise, *"Biomechanics of Lethal Force"* and *"Action/Reaction Parameters."* (Assistant Polk County Attorney, Joe Weeg.)

March 2004    Grand Jury Hearing, (Jasper Lee Eckstein) Clarke County, Osceola, IA. Areas of Expertise, *"Biomechanics of Lethal Force"* and *"Suicide by Cop."* (Attorney, Elizabeth Reynoldson.)

March 2004    Grand Jury Hearing, (Ricky Garcia, Jr.) Des Moines, IA. Areas of Expertise, *"Biomechanics of Lethal Force"* and *"Suicide by Cop."* (Assistant Polk County Attorney, Joe Weeg.)

August 2003    Grand Jury Hearing, (Officer Craig Nowatka) Milwaukee, WI. Areas of Expertise, *"Biomechanics of Lethal Force"* and *"Action/Reaction Parameters."* (District Attorney Pat Kenney, Milwaukee County.)

August 2003    Grand Jury Hearing, (Benjamin Fleenor) Sioux City, IA. Areas of Expertise, *"Use of Force by Correctional Officers."* (Deputy Attorney General, Douglas Marek, Iowa Department of Justice.)

December 2002 Grand Jury Hearing, (Gary Jones) Des Moines, IA. Areas of Expertise, *"Shooting Decisions", "Subject and Officer Movement in a Shooting Situation"* and *"Shooting into a Moving Vehicle."* (Assistant Polk County Attorney, Joe Weeg.)

June 2002    Grand Jury Hearing, (Jeffrey Fletcher) Des Moines, IA. Areas of Expertise, *"Shooting Decisions," "Police Management of Emotionally Disturbed/Suicidal Individuals"* and *"Use of Force Against Edged Weapon Attacks."* (Assistant Polk County Attorney, Joe Weeg.)

May 2002    Grand Jury Hearing, (Charles Craighead) St. Paul, MN. Areas of Expertise, *"Action/Reaction Parameters," "Subject Movement in Shooting Situations,"* and *"Tactical Options for Law Enforcement."* (Scott County Attorney, Tom Harbinson.)

December 2001 Grand Jury Hearing, (Carlos Rodriguez) Des Moines, IA. Areas of Expertise, *"Shooting Decisions"* and *"Tactical Options."* (Assistant Polk County Attorney, Joe Weeg.)

November 2001 Grand Jury Hearing, (Marti Weber) Des Moines, IA. Area of Expertise, *"Use of Force by a Bouncer."* (Assistant Polk County Attorney, Joe Weeg.)

C:\Documents and Settings\vnegrete\Local Settings\Temp\XPGRPWISE\Full Personal Profile 10-07_1.doc

March 2000        Grand Jury Hearing, (Charles Lovelady) Des Moines, IA. Areas of Expertise, *"Carotid Neck Restraint"* and *"Positional Asphyxiation."* (Assistant Polk County Attorney, Joe Weeg.)

December 1999 Grand Jury Hearing, (Santos Rodriguez) Des Moines, IA. Areas of Expertise, *"Shooting Decisions,"* *"Tactical Options,"* *"Action/Reaction Parameters"* and *"Felony Stops."* (Assistant Polk County Attorney, Joe Weeg.)

September 1999 Grand Jury Hearing, (Russell Stein) Des Moines, IA. Areas of Expertise, *"Shooting Decisions,"* *"Police Management of Emotionally Disturbed Individuals"* and *"Use of Force Against Edged Weapon Attacks."* (Assistant Polk County Attorney, Joe Weeg.)

July 1999          Grand Jury Hearing, (Jerome Mozee) Des Moines, IA. Areas of Expertise, *"Shooting Decisions,"* *"Tactical Options,"* *"Action/Reaction Parameters"* and *"Domestic Abuse."* (Assistant Polk County Attorney, Joe Weeg.)

May 1999          Grand Jury Hearing, (Adam Clarke) Des Moines, IA. Areas of Expertise, *"Shooting Decisions,"* *"Tactical Options,"* and *"Action/Reaction Parameters."* (Assistant Polk County Attorney, Joe Weeg.)

October 1997     Grand Jury Hearing, (Charles Dudley) Des Moines, IA. Areas of Expertise, *"Shooting Decisions,"* *"Tactical Options"* and *"Action/Reaction Parameters."* (Assistant Polk County Attorney - Joe Weeg.)

April 1996         Grand Jury: Eugene, OR. I wrote a paper on *"Perceptual Distortions and Cognitive Aberrations in Shooting Situations,"* to inform the county attorney on these phenomenon which subsequently resulted in a reduction of charges being brought to the grand jury. (Federation Attorney, John Hoag.)

September 1994          Grand Jury Hearing, (Robert Hutchinson) Des Moines, IA. Areas of Expertise, *"Police Management of Emotionally Disturbed Individuals"* and *"Use of Force Against Edged Weapon Attacks."* (Assistant Polk County Attorney, Joe Weeg.)

Fall 1993          Grand Jury Hearing: Des Moines, IA. Areas of Expertise, *"Shooting Decisions,"* *"Tactical Options"* and *"Action/Reaction Parameters."* (Assistant Polk County Attorney, Joe Weeg.)

Summer 1992     Grand Jury, (Bill Moyer/Officer Negrete) Des Moines, IA. Areas of Expertise, *"Pursuit Policy & Decisions"* and *"Use of Force."* (Assistant Polk County Attorney, Joe Weeg.)

May 1992          Grand Jury Hearing, (Larry Milton) Des Moines, IA. Areas of Expertise: *"Police Management of Emotionally Disturbed Persons,"* and *"Police Use of Force."* (Assistant Polk County Attorney, Joe Weeg.)


## CRIMINAL CASES

May 2007          Criminal Suit: State of Missouri v. Nicholas Forler, Circuit Court of the County of Lincoln, State of Missouri, Troy, MO. Areas of Expertise *"Perception /Reaction/Memory."* (Deposed and **Testified** – Attorney, James P. Towey.)

March 2007       Criminal Suit: Commonwealth v. Charles Chieppa, New Bedford Superior Court, Brockton, MA. Areas of Expertise *"Perception and Memory"* and *"Attention."* (Testified – Attorney Kevin J. Reddington.)

December 2006 Common Pleas Court Hearing for a New Trial: Derrick Vinzant. Montgomery County Court, Dayton, OH. Areas of Expertise, *"Action/Reaction Parameters"* and *"Biomechanics of Lethal Force."* (Testified – Attorney, Michael Pentecost.)

C:\Documents and Settings\vnegrete\Local Settings\Temp\XPGRPWISE\Full Personal Profile 10-07_1.doc

October 2006    Criminal Suit:  State of South Carolina v. Tim Robertson.  Court of General Sessions for the Fourth Judicial Circuit, Chesterfield County, SC. Areas of Expertise, *"Action/Reaction Parameters"* and *"Biomechanics of Lethal Force,"* (Testified – Attorney, Vinton D. Lide.)

October 2006    Criminal Suit: State of Connecticut v. Robert Murtha, Hartford Superior Court, Hartford, CT. Areas of Expertise, *"Action/Reaction Parameters,"* *"Biomechanics of Lethal Force,"* and *"Perception and Memory."* **(Testified** – Attorneys, Michael Georgetti and Hugh Keefe.)

September 2006    Criminal Suit: People v. Nolan Bryan Graham. Humboldt County, Superior Court, CA. Areas of Expertise,  *"Action/Reaction Parameters"* and *"Biomechanics of Lethal Force."* (Testified – Attorney, Michael Eannarino.)

November 2005    Criminal Suit: People v. Michael Coffin. Tehama County Superior Court, CA.  Areas of Expertise, *"Action/Reaction Parameters"* and *"Biomechanics of Lethal Force – Including the Relationship of Ejection Patterns to Biomechanics."* (Testified – Attorney, C. Todd Bottke, Esq.)

November 2005    Criminal Suit: People v. Mike Walker. San Jose Superior Court, CA.  Areas of Expertise, *"Action/Reaction Parameters,"* *"Biomechanics of Lethal Force,"* and *"Perception and Memory."* (Testified – Attorney, Craig Brown)

June 2005    Criminal Suit: State of Maryland v. Arthur Lloyd, Maryland. District Court of Maryland for Montgomery County.  Areas of Expertise, *"Action/Reaction Parameters,"* *"Biomechanics of Lethal Force – Including the Relationship of Ejection Patterns to Biomechanics"* and *"Perception and Memory."* (Testified – Attorney, Stephanie Romer)

January 2005    Trial: State v. Arthur Carbonneau, Houston, TX. Areas of Expertise, *"Unintended Discharge"* and *"Perception and Memory."* (Consulted and testified – Attorneys, Brett Ligon and Aaron Suder.)

June 2004    Criminal Case: State v. Daniel Lovelace, Maricopa County, AZ. Arizona Superior Court. Expert Witness for the defense. Areas of Expertise, *"Action/Reaction Parameters,"* *"Biomechanics of Lethal Force – Including the Relationship of Ejection Patterns to Biomechanics,"* and *"Perception and Memory."* (Consulted and testified – Attorney, Craig Mehrens.)

December 2003    Preliminary Hearing: State v. Daniel Lovelace, Maricopa County, AZ. Arizona Superior Court. Expert Witness for the defense. Areas of Expertise, *"Action/Reaction Parameters,"* *"Biomechanics of Lethal Force – Including the Relationship of Ejection Patterns to Biomechanics,"* and *"Perception and Memory."* (Testified – Attorney, Craig Mehrens.)

October 2003    Criminal Case: State v. Hecksel, Gainsville, FL. Circuit Court of the Eighth Judicial Circuit in and for Alachua County, FL. Expert Witness for the defense. Areas of Expertise, *"Biomechanics of Lethal Force,"* and *"Action/Reaction Parameters."* (Testified. Attorney, Henry Ferro.)

September 2002    Criminal Case:  State of Iowa v. Charles Stephenson, Des Moines, IA, Expert Witness for the prosecution. Areas of Expertise, *"Use of Force"* and *"Weapon Retention."* (Plea bargained, settled. Attorney, Joe Weeg.)

March 2002    Criminal Case:  State of Arizona v. Julie Glenn Eugene Evans Jr., Tucson, AZ. Expert Witness for the defense.  Area of Expertise, *"Unintended, premature discharge with the Gloch."* (Wrote report for sentence appeal - Attorney, Natman Schaye.)

February 2002    Criminal Case:  State of MN v. Julie Terrell, Mankato, MN. Expert Witness for the defense.  Area of Expertise, *"Mothers who kill their children."* (Testified, sentencing phase. Attorney, Jim Fleming.)

C:\Documents and Settings\vnegrete\Local Settings\Temp\XPGRPWISE\Full Personal Profile 10-07_1.doc

December 2001 Criminal Case: State of Iowa v. Marti Weber, Des Moines, IA. District Court in Polk County, IA. Expert witness for the prosecution. Area of Expertise, *"Use of Force."* (Testified. Attorney, Steve Fortano.)

December 2001 Criminal Case: Government of the Virgin Islands v. David Medina, St. Croix, V.I., Expert witness for the defense. Area of Expertise, *"Weapon Retention, unintended, premature discharge."* (Interviewed and consulted. Attorney, Curt Otto.)

September 2001       Criminal Case: Ohio v. Officer Stephen Roach, City Court, Cincinnati, OH. Hamilton County Municipal Court, Criminal Division. Expert witness for the defense. Areas of Expertise, *"Action/Reaction Parameters, Subject Movement in Shooting Situations"* and *"Internal Affairs Investigations."* (Testified. Attorney, Merlyn Shiverdecker.)

March/April, 2001 Criminal Case: Arizona v. Officer Tim Norton, Municipal Court of the City of Phoenix, AZ. Expert witness for the defense. Areas of Expertise, *"Biomechanics of Force," "Eye Witness Reports-attention, memory,"* and *"Internal Affairs Investigations."* (Testified. Attorney, Michelle Molinario.)

March/April, 2001 Criminal Case: Arizona v. Officer James Contreras, Municipal Court for the city of Phoenix, AZ. Expert witness for the defense. Areas of Expertise, *"Biomechanics of Force," "Eye Witness Reports - attention, memory,"* and *"Internal Affairs Investigations."* (Testified. Attorney, Craig Mehrens.)

March 1997       Criminal Case: State v. James Bromstead, Dallas, TX, District Court, 296th Judicial District, Collin County. Expert witness for the defense. Area of Expertise, *"Law Enforcement Training for the Use of Deadly Force."* (Testified. Attorneys, Bill Hunt and Kim Wade.)

Spring 1993       Criminal Case: State v. Officer Edward Nelson, Minneapolis, MN. District Court, Fourth Judicial District. Expert witness for the prosecution. Area of Expertise, *"Use of Force in Cuffing Situations."* (Consulted and testified. Attorney, Steven Tallen)

September 1990       Criminal Case: Ypsilanti, MI, A Civilian charged with homicide. Consulted for the Defense: Areas of Expertise: *"Shooting Decisions"* and *"Impact of Post-Shooting Trauma on Interrogation."* (Consulted. Attorney, Richard C. Digon.)

January 1988       Criminal Case: Mankato, MN, 5th Judicial District, Blue Earth County. Lorentz case. A female hostage was charged with homicide because of her actions in assisting her hostage taker. Consulted for the Defense, Area of Expertise: *"Victim Trauma in Hostage Situations."* (Wrote an opinion that was influential in plea bargaining. Attorney, Joe Bluth.)

November 1984 Criminal Case: "Benz Trial," Scott County, Shakopee, MN. District Court. Expert witness for the Prosecution, Area of Expertise, *"Brainwashing."* (Consulted and testified. Attorney, Kathleen Morris.)

July 1977       Provincial Magistrates Court, Winnipeg, Manitoba, Canada, Kevin Twerdun case. Expert witness for the Prosecution. Area of expertise, *"Size and Distance Judgments Under Reduced Conditions of Viewing."* (Consulted and testified.)

## CIVIL CASES

August 2007       Civil Suit: Quade v. Seamus Kaplan, et al, US District Court – for the Northern District of Illinois, Eastern Division. Areas of Expertise, *"Perception," "Action/Reaction Parameters"* and *"Memory."* (Deposed – Attorney, Laura Scarry.)

C:\Documents and Settings\vnegrete\Local Settings\Temp\XPGRPWISE\Full Personal Profile 10-07_1.doc

July 2007      Civil Suit: Gary Torrence v. City of Pomona, et al, US District Court – for the Central District of California, Western Division, Los Angeles, CA. Areas of Expertise, *"Action/Reaction Parameters,"* and *"Biomechanics of Lethal Force."* (*Testified* – Attorney, Steven Rothans.)

June 2007      Civil Suit: Johnetta Davis for Hamilton v. City of Chicago and David Garza, Circuit Court of Cook County, Illinois County Department, Law Division, Chicago, IL. Areas of Expertise, *"Action/Reaction Parameters," "Biomechanics of Lethal Force," "Attention,"* and *"Perception and Memory."* (Deposed – Attorney, Jonathon Clark Green.)

May 2007      Civil Suit: Fields et al v. Nowotka, et al., U.S. District Court Eastern Division of Wisconsin, Milwaukee, WI. Areas of Expertise, *"Action/Reaction Parameters," "Biomechanics of Lethal Force"* and *"Perception and Memory."* (Deposed – Attorney, Ms. Susan Lappen.)

April 2007      Civil Suit: Moreland v. State of Arizona, Superior Court of the State of Arizona in and for the County of Maricopa, Phoenix, AZ. Areas of Expertise, *"Action/ReactionParameters"* and *"Perception and Memory."* (Deposed – Attorney, Brian Kaven.)

April 2007      Civil Suit: Barkley v. Harris County, U.S. District Court for Southern District of Texas Houston Division, Houston, TX. Areas of Expertise, *"Action/Reaction Parameters," "Biomechanics of Lethal Force"* and *"Perception and Memory."* (Deposed – Attorney, Fred Keys, Jr.)

April 2007      Civil Suit: Estate of Juan Herrera, et al v. City of Buena Park, et al., U.S. District Court Central Division of California, Los Angeles, CA. Areas of Expertise, *"Action/Reaction Parameters,"* and *"Perception and Memory."* (Deposed – Attorney, Patrick K. Bobko.)

February 2007      Civil Suit: Zayas v. City of Santa Ana, et al., Superior Court of the State of California, County of Orange. Area of Expertise, **"Action Reaction Parameters"** and **"Perception and Memory"** (Testified – Attorney David P. Lenhardt.)

February 2007      Civil Suit: Kevin Dwayne Ellis v. City of Los Angeles, et al., Superior Court of the State of California, Los Angeles County. Areas of Expertise, *"Action Reaction Parameters"* and *"Perception and Memory."* (Testified – Attorney, Esq. Harold Becks.)

November 2006      Civil Suit: Solivan v. City of Hialeah, U.S. District Court, Southern District of Florida, Miami Division. Areas of Expertise, *"Action Reaction Parameters"* and *"Perception and Memory."* (Wrote report – Attorney, Ms. Christine Welstead.)

September 2006      Civil Suit: Tomazic v. City of Cleveland and Officer Daniel Jopek, et al, U.S. District Court for the Northern District of Ohio, Eastern Division, Cleveland, Ohio. Areas of Expertise, *"Action Reaction Parameters in Lethal Force Encounters"* and *"Perception and Memory."* (Testified – Attorney, Mr. Stephen Funk.)

August 2006      Civil Suit: Hudspeth et al v. City of Shreveport, et al., U.S. District Court Western District of Louisiana, Shreveport Division. Areas of Expertise, *"Perception and Memory"* and *"Action Reaction Parameters in Lethal Force Encounters."* (Deposed – Attorney, Edwin Byrd, III.)

August 2006      Civil Suit: Salazar v. City of Chicago, et al, Circuit Court of Cook County, Chicago, Illinois. Areas of Expertise, *"Perception and Memory"* and *"Action Reaction Parameters in Lethal Force Encounters."* (Deposed – Attorney, Dawn Bode.)

July/August 2006      Civil Suit: Dukes v. City of Chicago, et al, Circuit Court of Cook County, Chicago, Illinois. Areas of Expertise, *"Perception and Memory," "Action/Reaction Parameters"* and *"Lethal Force Encounters."* (Deposed – Attorney, Dawn Bode.)

C:\Documents and Settings\vnegrete\Local Settings\Temp\XPGRPWISE\Full Personal Profile 10-07_1.doc

April 2006    Civil Suit: Evelyn Davis v. City of Los Angeles, Los Angeles, CA. Superior Court of the State of CA, County of Los Angeles Central District Court. Area of Expertise, *"Perception and Memory"* and *"Action Reaction Parameters in Lethal Force Encounters."* (Deposed – Attorney, Geoffrey Plowdon.)

April 2006    Civil Suit: Minnie Johnson v. City of Chicago, et al, Chicago, IL. Circuit Court of Cook County, Illinois, Area of Expertise, *"Action/Reaction Parameters"* and *"Perception and Memory."* (Deposed – Attorney, Margaret Carey.)

March 2006    Civil Suit: Kely Wilkins, et al. v. City of Oakland, et al., Oakland, CA. USCA for the Ninth Circuit Court. Area of Expertise, *"Biomechanics of Lethal Force Encounters," "Action/Reaction Parameters"* and *"Perception and Memory."* (Deposed – Attorney, Todd Boley.)

April 2006    Civil Suit: Deborah K. King v. Dickey Joe Turner, Ramsey County, MN. U.S. District Court, District of MN. Areas of Expertise, *"Use of Force"* and *"Control and Cuffing Techniques."* (Wrote report. Attorney C. David Dietz.)

April 2006    Civil Suit: Vargas v. County of Los Angeles, et al, Los Angeles, CA. Superior Court of the State of CA for the County of Los Angeles. Area of Expertise, *"Perception"* and *"Action/Reaction Parameters of Lethal Force Encounters."* (Testified. Attorneys, Dennis Gonzales and Elizabeth Miller.)

March 2006    Civil Suit: Woods v. Savage & Bieluch et al, West Palm Beach, Fl, Circuit Court of the 15th Judicial Circuit in & for Palm Beach County, FL. *"Action/Reaction Parameters of Lethal Force Encounters."* (Deposed. Attorney, Fred Gelston.)

March 2006    Civil Suit: Duy Ngo v Charles Storlie, John Doe, Richard Roe and the City of Minneapolis, U.S. District Court. Areas of Expertise: *"Action/Reaction Parameters"* and *"Perception/Memory in Lethal Force Encounters."* (Deposed. Attorney, Joseph Flynn)

January 2006    Civil Suit: Roman v. Claeson & the City of Chicago, U.S. District Court for the Northern District of Illinois, Eastern Division. *"Action/Reaction Parameters"* and *"Perception/Memory in Lethal Force Encounters."* (Deposed. Attorney, Robert Barber.)

January 2006    Civil Suit: Mabel Jones v. Prince George's County, Maryland et al. Areas of Expertise: *"Performance in High Stress Situations"* and *"Perception and Memory."* (Wrote report, was deposed and testified. Attorney, Rhonda L. Weaver.)

June 2005    Civil Suit: Kendra James v. Portland Police Bureau, Portland, OR. US District Court for the District of Oregon. Areas of Expertise, *"Biomechanics of Lethal Force Encounters," "Action/Reaction Parameters,"* and *"Perception and Memory."* (Testified. Attorney, Robert Wagner.)

June 2005    Civil Suit: Kely Wilkins, et al v. City of Oakland, et al. Areas of Expertise, *"Biomechanics of Lethal Force Encounters,"* and *"Action/Reaction Parameters"* and *"Perception and Memory."* (Deposed. Attorney, Todd Boley.)

June 2005    Civil Suit: Humphrey v. Leatherman, Tulsa, OK, U.S. District Court for the Northern District of Oklahoma. Areas of Expertise, *"Biomechanics of Lethal Force Encounters"* and *"Perception and Memory."* (Wrote report and was deposed. Attorney, Larry Simmons.)

April 2005    Civil Suit: Gail Washington v. City of Los Angeles, Los Angeles, CA. Superior Court of the State of CA for the County of Los Angeles. Areas of Expertise, *"Biomechanics of Lethal Force Encounters"* and *"Perception and Memory."* (Testified. Attorney Richard Arias.)

March 2005    Civil Suit: Henry Etta Ross v. County of Los Angeles, et al, Los Angeles, CA. Superior Court of the State of CA for the County of Los Angeles, Superior Court Case No. TC016365. Area of Expertise, *"Biomechanics of Lethal Force Encounters."* (Testified. Attorneys, Dennis Gonzales and Elizabeth Miller.)

February 2005  Civil Suit: Simona Wilfred v. County of Los Angeles, U.S.D.C. Case No. CV 04-2971. Area of Expertise, *"Biomechanics of Lethal Force Encounters."* (Deposition. Attorneys, Dennis Gonzales and Elizabeth Miller.)

February 2005  Civil Suit: Bugarin v. City of Alhambra, U.S.D.C. Central District of California, Areas of Expertise, *"Biomechanics of Lethal Force Encounters," " Perception and Memory"* and *"Spent Shell Casing Ejection."* (Deposition, case settled. Attorney, Elizabeth Feffer.)

September 2004    Civil Case: Drypen v. County of Oakland, U.S. District Court, Eastern District of Michigan Southern Division, File No. C64-38657. Areas of Expertise, *"Biomechanics of Lethal Force Encounters"* and *"Perception and Memory."* (Wrote report and was deposed. Attorney, John J. Lynch.)

October 2003   Civil Suit: Gregory Alexander Welch v. Deputy Joel Leonard and Deputy Moon Chong, U.S. District Court, District of MN. Court File Number 03-893 (ADM/FLN). Area of Expertise, *"Use of Force in Arrests."* (Wrote report. Attorney, C. David Dietz.)

September 2003    Civil Suit: Estate of Damon Lowery v. City of Portland, Portland, OR. U.S. District Court, District of Oregon. Area of Expertise, *" Perception and Memory."* (Testified. Attorney, Mary Danford.)

July 2003     Civil Suit: Alex Reyes v. City of Richmond, TX, U.S. District Court for the Southern District of Texas, Houston Division - Case #H-00-1426. Area of Expertise, *"Biomechanics of Lethal Force Encounters."* (Wrote report, deposed, **testified**. Attorney, William Helfand.)

April 2003 .   Civil Suit: Sergio Ruiz v. County of Los Angeles, et al, Los Angeles, CA. Superior Court of the State of California for the County of Los Angeles Central District. Areas of Expertise, *"Action/reaction Parameters"* and *"Biomechanics of Lethal Force Encounters."* (Testified. Attorney, Richard Kemalyan.)

October 2002  Civil Suit: Gennadiy Balandin v. James E. Eagle et al, Apple Valley, MN, U.S. District Court, District of MN - Case #01-790-MJDL/JGL. Area of Expertise, *"Biomechanics of Lethal Force Encounters."* (Wrote report - case settled February 2003. Attorney, Joseph E. Flynn.)

September 2002    Civil Suit: Tina Lee Vogt v. City of Los Angeles - Case #SC-068985, (Anthony Dwain Lee, "Halloween Shooting.") Area of Expertise, *"Biomechanics of Lethal Force Encounters."* (Consulted, deposed - case settled February 2003. Attorney, Cory Brente.)

July 2002     Civil Suit: Roland Ericksen v. City of Comfrey, et al. Area of Expertise, *"Use of Force in Arrests."* State of MN District Court, 5th Judicial District - Court File # C8-01-620 (Wrote report, **testified** - October 2002. Attorney, Dan Birkholtz.)

December 2001 Civil Suit: Carr v. City of Oklahoma, OK, et al. U.S. District Court, Western District. Areas of Expertise: *"Action/Reaction Parameters"* and *"Subject Movement in Shooting Situations."* (Wrote report. **Testified**, Attorney, Susan A. Knight & Robert Manchester.)

August 2001   Civil Suit: Mabel Jones v. Prince George's County, Maryland et al. Areas of Expertise:

*"Performance in High Stress Situations"* and *"Perception and Memory."* (Wrote report and was deposed. Attorney, Rhonda L. Weaver.)

June 2001     Civil Suit: Claire Saunders v. City of Santa Rosa, CA, et al. Superior Court. Areas of Expertise: *"Action/Reaction Parameters," "Subject Movement in Shooting Situations"* and *"Tactical Options for Suicide by Cop."* (Deposed. Attorney, Brien J. Farrell.)

November 2000 Civil Suit: Hodgson et al v. Phan, Prince George's County, MD et al. Circuit Court, Prince George's County, Maryland – Civil Division. Areas of Expertise: *"Action/Reaction Parameters," "Subject Movement in Shooting Situations"* and *"Stress Reactions & Memory Problems in Lethal Force Encounters."* (Submitted opinion, **testified**, February 2003. Attorneys, Crystal Dixon Mittelstaedt and Jay Creech.)

October 2000    Civil Suit: Marion Gray-Hopkins v. Brian Catlett, Prince George's County MD et al. Areas of Expertise: *"Action/Reaction Parameters"* and *"Subject Movement in Shooting Situations & Tactical Options"* (Wrote report, case settled. Attorney, Crystal Dixon Mittelstaedt.)

July 2000     Civil Suit: Estate of Jerome Mozee v. Des Moines, IA. Areas of Expertise, *"Shooting Decisions," "Tactical Options," "Action/Reaction Parameters"* and *"Domestic Abuse."* U.S. District Court for the Southern District of Iowa, Central Division, Case #4-99-CV-80254. (Wrote report, case settled. December 2002, Attorney, Mark Godwin.)

July 2000     Civil Suit: Ribbey v. Cox and State of IA. Areas of Expertise: *"Action/Reaction Parameters," "Subject Movement in Shooting Situations"* and *"Weapon Threat from a Vehicle."* (Submitted report- case settled. Attorney, Charles S. Lavarato.)

February 2000   Civil Suit: Pulido v. Conde and the City of Santa Ana, CA. Superior Court. Areas of Expertise: *"Action/Reaction Parameters"* and *"Subject Movement in Shooting Situations."* (Submitted report- case settled. Attorney, David P. Lenhardt.)

September 1999      Civil Suit: Estate of David Fuentes v. Thomas, et al. (Topeka, KS P.D.) U.S. District Court for District of Kansas. Areas of Expertise: *"Action/Reaction Parameters"* and *"Perceptual Distortions Cognitive Aberrations and Memory problems in Shooting Situations."* (Submitted report, **testified** in Federal Court. Attorney, David R. Cooper.)

May 1999     Civil Suit: Estate of Stanley Chambers v. Paul Strozewski, et al. Tacoma, WA. Pierce County, Superior Court for State of WA. Case #98-2-10486-1. Areas of Expertise, *"Action/Reaction Parameters"* and *"Biomechanics of Lethal Force Encounters."* (Wrote report, **testified** - May 2003. Attorney, Jean Homan.)

January 1999    Civil Suit: Culver et al. v. City of Daytona Beach, FL. Areas of Expertise: *"Shooting Decisions," "Police Management of Emotionally Disturbed Individuals"* and *"Use of Force Against Edged Weapon Attacks."* (Submitted report. Attorney, Jeff Green.)

January 1999   Civil Suit: Hull v. City of Oakland and Gildo Tournour, Oakland, CA. Area of Expertise: *Action/Reaction Parameters."* (Submitted report. City Attorney, William E. Simmons.)

April 1998    Civil Suit: Danielson v. Whitledge, St. Paul, MN. Federal District Court. Area of Expertise: *"Handcuffing,"* (**Testified** - Ramsey County, MN. Attorney, David Dietz.)

Fall 1993    Civil Suit: Barnes v. Dybvik, Area of Expertise: *"Verbal and Tactical Options for Subject Control."* (Consulted for the Police Department and the City of Blue Earth, MN)

Summer 1993   Civil Suit: Duellman v. Irwin et al, Wabasha County, MN. Area of Expertise: *"Professional Duties of a Deputy Sheriff at the Scene of a Criminal Investigation."* (Attorney, Fred Alm. Blue Earth, MN)

February 1992   Civil Suit: Estate of Tycel Nelson v. The City of Minneapolis, MN. Areas of Expertise: *"Shooting Decisions"* and *"Biomechanics of Force."* (Consulted for the City)

November 1991 Civil Suit: Lusk v. The City of Southaven, MS. Area of Expertise: *"Shooting Decisions."* (Consulted for the City)

June 1991   Civil Suit: MN District Court, Minneapolis, MN. Area of Expertise: *"Handcuffing."* Attorney Mr. Bruce Peterson, with Popham, Haik, Schnobrich, & Kaufmann, Ltd., (**Testified** for the City)

December 1990 Civil Suit: Area of Expertise: *"Use of Force."* Attorney Mr. Bruce Peterson, with Popham, Haik, Schnobrich, & Kaufmann, Ltd. (Submitted opinion for the City of Minneapolis, MN)


## ARBITRATION  HEARINGS

January 2007   Adverse Judicial Finding – Middleditch, London, England. Area of Expertise, *" Perception and Memory during an arrest using physical control."* (Consulted and **testified** – Attorney, Scott Ingram.)

December 2006 Disciplinary Hearing: Officer Steven Garcia, Los Angeles, CA. Area of Expertise, *"Perception and Memory"* and *"Action/ Reaction."* (**Testified** – Attorney Michael Stone.)

February 2006   Disciplinary Hearing:  Officer David Hale, Los Angeles, CA.  Area of Expertise, *"Perception and Memory."* (**Testified** – Attorney, Mr. Randal Quan.)

November 2005 Disciplinary Hearing:  Officer Timothy Carpenter, Portland, OR.  Area of Expertise, *" Perception and Memory during an arrest using physical control issue."* (Consulted and **testified** – Attorney, Will Aitchison.)

October 2004   Arbitration Hearing: Daniel Lovelace Arbitration Hearing, Phoenix, AZ. Area of Expertise, *" Biomechanics of Force"* and *"Perception and Memory."* (**Testified** – Attorney, Dale Norris.)

July 2003   Arbitration:  Phoenix, AZ v. Officer Richard Fisher, Expert Witness for the officer. Area of Expertise: *"Action/Reaction in Lethal Force Encounters."* (**Testified** – Attorney, Dale Norris.)

July 2001   Arbitration: Portland Police Bureau/Doug Oliver, Portland, OR. Expert Witness for the officer. Area of Expertise: *"Post Traumatic Stress Disorder."* (Settled – Attorney, Will Aitchison.)

March/April 2001 Arbitration:  Phoenix, AZ v. Officer Tim Norton. Expert Witness for the officer. Areas of Expertise: *"Biomechanics of Force," "Eye Witness Reports- attention, memory"* and *"Internal Affairs Investigations."* (**Testified** – Attorney, Dale Norris.)

March/April 2001 Arbitration:  Phoenix, AZ v. Officer James Contreras. Expert Witness for the officer. Areas of Expertise, *"Biomechanics of Force," " Eye Witness Reports - attention, memory"* and *"Internal Affairs Investigations."* (**Testified** – Attorney, Dale Norris.)

December 1998 Arbitration Hearing: Hildreath, State of IA, DPS. Areas of Expertise: *"Communication and Tactical Options on a DUI Stop."* (**Testified** for the State – Attorney, Mr. Galloway.)


C:\Documents and Settings\vnegrete\Local Settings\Temp\XPGRPWISE\Full Personal Profile 10-07_1.doc

December 1997 Arbitration Hearing:  City of Eugene v. Officer Randy Berger, Eugene, OR. Areas of Expertise, *"Psychological Fitness for Duty Examinations," "Shooting Decisions"* and *"Post Shooting Trauma."* (Testified – Attorney, John Hoag.)

April 1994   Arbitration Hearing: Consulted for the League of Minnesota Cities, Minneapolis, MN.  Area of Expertise: *"Law Enforcement Education and Career Alternatives."* (Attorney, Cliff Greene.)

December 1993 Arbitration Hearing: Schenectady, NY, Area of Expertise: *"Management Styles and Police Stress."* (Consulted and **testified** for the Police Benevolent Association.)

Spring 1993   Arbitration Hearing: Bengston v. City of Apple Valley, MN. Area of Expertise: *"Corruption and Ethics in Law Enforcement."* (Consulted and **testified** for the City of Apple Valley, MN. Attorney, Cliff Greene.)

Fall 1992   Arbitration Hearing: Sonya Davis v. Lane County (Eugene, OR.) Area of Expertise: *"The Use of Psychological Testing in Law Enforcement."* (Testified for Ms. Davis - Attorney, John Hoag.)

October 1991   Police Federation of Minneapolis Police Department, Submitted Affidavit for "Comparable Worth" appeal.  Area of Expertise: *"Police Stress."* (Attorneys, Theresa Ayling, with Mansfield and Tanick.)

July 1990   State of Minnesota, Office of Administrative Hearings **Expert Witness**: Area of expertise: *"Police Stress."* (I wrote an opinion in the case of Anderson v. Brown County, et al.)

**FEDERAL COURT PROOF OF SERVICE**
- File No. 07CV1272 WQH BLM
Lopez v. City of Chula Vista, et al

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 550 West "C" Street, Suite 800, San Diego, California 92101. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 12, 2008, I served the following document(s):

DEFENDANT'S EXPERT WITNESS DISCLOSURES

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Eugene Iredale, Esq.
105 West "F" Street
San Diego, CA 92101-6036
Phone:619-233-1525

The documents were served by the following means:

[X]    (BY U.S. MAIL)  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 12, 2008, at San Diego, California.

_____
MARTHA VILLAVICENZIO

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

4841-0366-2850.1