**Mark A. Kalish, M.D.**
3131 Camino del Rio North
Suite 270
San Diego, California 92108
(619) 282-7172
FAX
(619) 282-7626

Diplomate
American Board of
Psychiatry & Neurology

Diplomate
American Board of
Forensic Psychiatry

September 3, 2008

Ms. Karen Rogan
Lewis Brisbois Bisgaard & Smith
550 West "C" Street
Suite 800
San Diego, California 92101

Re:    Sergio Lopez, et al v. City of Chula Vista, et al
       Case No. 07CV1272 WQH BLM

Dear Ms. Rogan:

At your request I have reviewed the following documents.

- The amended complaint
- The claim for damages
- Plaintiff's responses to special interrogatories
- Plaintiff's responses to request for production of documents
- Medical records from Cable Street Family and Internal Medicine Group
- Medical records from Senta Clinic
- Pharmacy records from Rite Aid Pharmacy
- Pharmacy records from Longs Pharmacy
- Medical billing records
- Memorandum from the plaintiff regarding the subject incident
- Records from the US Immigration and Customs Enforcement

You have asked that I review these records and provide you with a report pursuant to the Federal Rules of Civil Procedure.

The facts of the instant case are well known to you and will not be repeated here. Briefly, on October 18, 2006, at approximately 10:15 p.m. the plaintiff was on official duty, assisting with surveillance operations in Chula Vista. The plaintiff came to the attention of Chula Vista police officers who detained the plaintiff and briefly placed him in handcuffs. The plaintiff was released from the handcuffs a short time later and then released.

9/3/2008                                                    2

The plaintiff alleges that as a direct and proximate result of the subject incident, he has suffered severe emotional distress.

In his responses to special interrogatories, the plaintiff describes his emotional injuries to include heightened stress and anxiety along with problems sleeping. He indicates that he has received psychotherapy treatment from Verlyn Morgan, ED, MA. The nature and extent of that treatment is not indicated. Psychotherapist Morgan's records have not been provided for my review.

The plaintiff indicates that he has been prescribed Valium 5 mg for injuries sustained in the subject accident. The pharmacy records indicate that the Valium was filled on June 4, 2007, eight months after the subject incident, for a 30 day supply.

## DISCUSSION

There is nothing in the records provided thus far that would indicate that the plaintiff suffers from any psychiatric condition or disorder as a result of the subject incident. The records do indicate that the plaintiff has returned to work with no psychiatric restrictions. The letter by Dr. Cava dated May 4, 2007, indicates that the plaintiff is not taking any medications that would interfere with any of his desk duties. Dr. Cava also indicates that the plaintiff poses no risk to anyone in his department and he is not taking any medications that would impair his judgment in any way.

The records do indicate that he was prescribed Valium eight months after the subject incident. There is no indication as to why the Valium was prescribed, therefore no conclusion can be reached as to its relationship to the subject incident.

I hope this report has been of some help. If additional medical or psychiatric records become available, I would be happy to review those and provide you with a supplemental report. Attached to this report, please find a copy of my curriculum vitae and a listing of cases in which I have testified over the past four years.

Sincerely,

Mark A. Kalish, M.D.

file #

# CURRICULUM VITAE

OF

## MARK A. KALISH, M.D.

### BIOGRAPHICAL DATA

Date of Birth: November 1, 1951

Place of Birth: Chicago, Illinois

Marital Status: Married

### PROFESSIONAL ADDRESS

3131 Camino del Rio North
Suite 270
San Diego, California 92108
(619) 282-7172
Fax:    (619) 282-7626

### EDUCATION

B.S., The University of Michigan; Ann Arbor, Michigan; Major - Biology
August, 1972

M.P.H., The University of Michigan; Ann Arbor, Michigan; Major - Medical Care Organization;
December, 1977

M.D., Northwestern University Medical School; Chicago, Illinois; December, 1977

Internship: Loma Linda University Medical School; Loma Linda, California;
Department of Psychiatry; January - December, 1978
Training Director: Louis P. Bozzetti, M.D.

Residency: The University of California, San Diego
Department of Psychiatry, M-300, La Jolla, California 92037 July, 1979 - July, 1982
Training Director: Robert Nemiroff, M.D.

**Mark A. Kalish, M.D.**
September 3, 2008

## MEDICAL LICENSE

California Physician & Surgeon License, G 38634, January 2, 1979

## BOARD CERTIFICATION

Diplomate, Board of Medical Examiners, 1979

Diplomate in Psychiatry, American Board of Psychiatry and Neurology, 1986

Diplomate in Forensic Psychiatry, American Board of Forensic Psychiatry, 1989

Diplomate in the Subspecialty of Forensic Psychiatry, American Board of Psychiatry and Neurology, October, 1994 - October, 2004

Recertification in Forensic Psychiatry, American Board of Psychiatry and Neurology, 2003 - 2013

Independent Medical Examiner, State of California, Department of Industrial Relations, Division of Industrial Accidents, 1989 - 1993

Examiner, American Board of Forensic Psychiatry, 1990 - 1991

Examiner, American Board of Psychiatry & Neurology, 1990 – 1996, 1998, 2000

Fellow, American Psychiatric Association, 2001

Distinguished Fellow, American Psychiatric Association, 2003-2005

## ACADEMIC POSITIONS

Assistant Clinical Professor, voluntary; Department of Psychiatry, The University of California, San Diego; 1989 to present

Adjunct Professor of Law; The University of San Diego Law School, San Diego, California; February, 1989 to 1999

Clinical Instructor; Department of Psychiatry, The University of California, San Diego; 1983 to 1989

Guest Lecturer; The University of San Diego Law School, San Diego, California; 1985 to 1989

Lecturer; Department of Natural Resources and Human Ecology, California State College, San Bernardino, California; Fall, 1978

**Mark A. Kalish, M.D.**
September 3, 2008

## PROFESSIONAL EXPERIENCE

Psychiatric consultant to the military entrance processing station, 1997 - present

Appointment as Special Master to the Family Court Division of the San Diego County Superior Court, 1997 - 1998

Appointment as Guardian Ad Litum by the U.S. District Court, for the Southern District of California, 1997

Medical Consultant, California State Department of Corporations, 1997 - 2001

Medical Expert Reviewer, Medical Board of California, 1995 - present

Medical Expert Panel, California State Bar Court, 1995 - 1997

Staff Psychiatrist, Richard J. Donovan Correctional Facility, San Diego, California July, 1987 to June, 1988

Staff Psychiatrist, Metropolitan Correctional Center, San Diego, California; June, 1984 to October, 1985; October, 1987 to November, 1988

Psychiatric Consultant; California State Department of Rehabilitation, 1350 Front Street, San Diego, California 92101; July, 1982 to January, 1984

Consultant; CRASH Golden Hills Residential Treatment Facility, 2410 "E" Street, San Diego, California 92102; January, 1980 to May, 1989

Medical Director, CRASH Short Term Residential Drug Treatment Program, July, 1980 to July, 1981

Emergency Room Physician, Jerry L. Pettis Memorial Veterans Administration Medical Center, Loma Linda, California; January, 1979 to July, 1979

## HOSPITAL AFFILIATIONS

Attending Staff; Mercy Hospital, 4077 Fifth Avenue, San Diego, California; July, 1982 to August, 2000

Courtesy Staff; Mercy Hospital, 4077 Fifth Avenue, San Diego, California; August, 2000 to February, 2008

**Mark A. Kalish, M.D.**
September 3, 2008

## MEDICAL STAFF POSITIONS

Treasurer, Vista Hill Medical Staff, 1985

Secretary, Vista Hill Medical Staff, 1986

Chairman, Pharmacy & Therapeutics Committee, Vista Hill Hospital, 1985, 1986

Member, Pharmacy & Therapeutics Committee, Mercy Hospital, 1985 to 2001

Chairman, Ad Hoc Committee on Sedative-Hypnotics, P & T, Mercy Hospital, 1985

Member, Library Committee, Mercy Hospital, 1985 to 1993

Chairman, Committee on Psychiatry & the Law, San Diego Society of Psychiatric Physicians, 1987 to 1990

Member, Peer Review Committee, San Diego Society of Psychiatric Physicians, 1991 to 1998

Chairman, Peer Review Committee, San Diego Society of Psychiatric Physicians, 1992 to 1994

## PROFESSIONAL ORGANIZATIONS

Phi Beta Kappa, 1972

American Public Health Association, 1977-1990

San Diego Psychiatric Society, 1981-2005

American Psychiatric Association, 198 -2005

California Psychiatric Association, 1981-2005

San Diego Medical Society, 1981-2005

American Medical Association, 1981-2005

California Medical Association, 1981 -2005

American Academy of Psychiatry and the Law, 1986 to present

**Mark A. Kalish, M.D.**
3131 Camino del Rio North
Suite 270
San Diego, California 92108
(619) 282-7172
FAX
(619) 282-7626

Diplomate
American Board of
Psychiatry & Neurology

Diplomate
American Board of
Forensic Psychiatry

2004

- Seever v. The Breeze
- Guzman v. J. Davis ent.
- CA. v. Barajas
- Donegan v. Yum Brands
- Kinney v. Biernacki
- Howard v. Kaiser
- CA v. Tuite
- CA v. Williams
- Moline-Schrader v. KGTV
- Bevaqua v. Cox Communications
- Pryor v. Lemon Grove School District
- CA v. Powers
- Bowers v. Tweeters
- CA v. Loya
- Hillyer v. Brown
- Schaetz v. Olson
- Lopez et al v. Sunrise Management
- CA v. Williams
- Gindentuller v. County of San Diego et al
- Chaney v. State Dept. of Corrections
- Bentley v. Deutsch Post
- Bullock v. Jones
- Elizando v. Johnson
- US v. Diaz- Martinez, Raul
- US v. Karem Mikki
- Gonsalves v. Pinchiff

2005

- Bragg v. Luke

- Cummings v. Unum Provident Insurance
- California v. Najor
- Sherman v. City of Vista
- California v. Gilmore
- Medical Board of California v. Sprague
- Kazerski v. County of San Diego
- Blake v. Four Seasons Aviara
- Kyrklund v. Chimmneys R Us
- CA v. Yoegerst
- Parker v. Behrouzi
- Bergstedt-Perez v. United Health Group
- Dept. of Social Services v. Arca
- CA v. Najor
- US v. Krug
- CA v. Dunstyee
- Keenan v. McFadden
- Mauricio v. Scripps Health Care
- Smith v. Seever
- CA v. Schiltz
- Williams v. Callery
- Crosley et al v. David Smith
- Dari v. Gautereaux
- Kalva v. Advantage rent a car
- Edds v. Bay City Electric Works

2006

- California v. Mark Johnson
- Alemu v. Venn Watson
- Hannah v. Leticia
- Mauricio v. Scripps Health Care et al
- Moniz v. Sciuto

9/3/2008                                                      2

- US v. Vazquez-Valdez
- Madison v. Hallor
- Herb v. Wholesale Automotive
- Parrell v. Hillcrest Pharmacy
- CA v. Oxee
- CA v. McClough
- Anaya v. La Casa Mental Health Rehab.
- Gonzalez v. SD Unified School District
- CA v. Vieira
- Sorenson v. Midwest Television
- Wolf v. Accardi
- Ordway v. Richley
- Foster v. Nachurski
- Simmons v. Connor et al
- Denenberg v. California Dept of Transportation
- Schafer v. USPS
- Wilson v. National Small Business Administration
- LaFrance v. LA Superior Court
- Burbank v. Dudek & Associates
- Osteopathic Board v. Jeffrey Beck, D.O.

2007

- Huerta v. California Department of Corrections
- Jardim v. Rosemont Condominium Assoc.
- Demey v. Statefarm Insurance
- CA v. Benjamin
- Self v. Washington Mutual
- Schafer v. USPS
- CA v. Torres
- Tiznado v. Quest Diagnostics
- Maddox v. Costco Wholesale
- Lopez v. Bimbo Bakery
- Medical Board of California v. Dr. Rajaratnam
- Hogan v. PPD

- Medical Board of California v. Dr. Badr
- Fowler v. Quality Refrigeration
- Manoogian v. SDUSD
- Klingler v. Stu Siegel Productions
- Miller v. Lifestyles
- Castro v. SDGE
- LeBlanc v. Poway Unified School District
- Thompson v. Smith
- Mendez v. Bobcat
- KDME v. Bucci

2008

- Augusta v. Faegre & Benson et al
- Haynes-Pitts v. SD Unified School Dist.
- Ramirez v. Secretary of Veteran's Affairs
- Aquino v. Crucero
- Maxfield v. North Central Industries
- Moreno v. US Gypsum
- Doherty v. Bentley

file #