**Lopez v. Chula Vista Police Department, et al.**
*U.S. District Court, Southern District of California Case No. 07-CV-01272-WQH-BLM*

## DECLARATION AND PROOF OF SERVICE

I, HILLARY S. CONDON, hereby declare as follows:

I am over the age of 18 years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 105 West "F" Street, Fourth Floor, San Diego, California 92101.

On DECEMBER 11, 2009, I served the following document(s):

**MOTION IN LIMINE TO EXCLUDE TESTIMONY OF 1) BILL LEWINSKI; 2) DALE BOURGEOIS; 3) ELMER PELLEGRINO; AND 4) MARK KALISH**

[X]    (By **ELECTRONIC FILING**) I served each of the above referenced document(s) by E-filing in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California which will send notification of such filing to the following interested parties:

Peter L. Garchie
Karen Rogan
LEWIS BRISBOIS BISGAARD &
SMITH LLP
550 West C Street, Suite 800
San Diego, CA 92101
TEL: 619-233-1006
FAX: 619-233-8627

Bart C. Miesfeld
Chula Vista City Attorney's Office
276 Fourth Avenue
Chula Vista CA 91910
TEL: (619) 691-5037
FAX: (619) 409-5823

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on DECEMBER 11, 2009, in San Diego, California.

HILLARY S. CONDON
Paralegal