**LEWIS BRISBOIS BISGAARD & SMITH LLP**
PETER L. GARCHIE, SB# 105122
    email: garchie@lbbslaw.com
KAREN L. ROGAN, SB# 235582
    email: rogan@lbbslaw.com
550 West "C" Street, Suite 800
San Diego, California 92101
Telephone: (619) 233-1006
Facsimile: (619) 233-8627

Attorneys for Defendants, *CITY OF CHULA VISTA POLICE DEPARTMENT, CITY OF CHULA VISTA, D. CLARK, G. ARMSTRONG, D. MARTINEZ, SERGEANT GUTHRIE, and SERGEANT FOBES.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CHULA VISTA POLICE DEPARTMENT, a municipal sub-agency of the COUNTY OF SAN DIEGO, CITY OF CHULA VISTA, a municipal corporation, D. CLARK, an individual, G. ARMSTRONG, an individual, D. MARTINEZ, an individual, SERGEANT GUTHRIE, an individual, SERGEANT FOBES, an individual, DOES 1-20, inclusive,,<br><br>    Defendants.<br> | CASE NO. 07-CV-01272-WQH-BLM<br><br>**DECLARATION OF KAREN ROGAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY OF DEFENSE EXPERTS LEWINSKI, BOURGEOIS, PELLEGRINO AND KALISH** |

I, Karen L. Rogan, hereby declare as follows:

1.    I am an attorney with the law firm of Lewis Brisbois Bisgaard & Smith LLP, attorneys for defendants City of Chula Vista Police Department, City of Chula Vista, D. Clark, G. Armstrong, D. Martinez, Sergeant Guthrie, and Sergeant Fobes. I have personal knowledge of the facts stated herein and if called upon to testify would competently and truthfully testify as follows:

2.    In July and August 2008, I repeatedly requested that Plaintiff make himself available for deposition so that Defendants' experts could have the benefit of reviewing Plaintiff's deposition transcript prior to submitting expert opinions which were due in early September, with supplemental reports due in late September, 2008, per amended Case Management Conference

DECLARATION OF KAREN ROGAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY OF DEFENSE EXPERTS

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

Order issued by the Court on August 11, 2008 (document 29 of the docket) in response to a Joint Motion to Continue Discovery filed by all parties issued.

3. On August 25, 2008, I noticed the deposition of Plaintiff to take place on September 5, 2008. A true and correct copy of my signed Notice of Deposition to Plaintiff is attached hereto as Exhibit "A."

4. The deposition was taken off-calendar at Plaintiff's request because he was allegedly ill.

5. Also in August, I began issuing subpoenas for the depositions of non-party witnesses Lester Hayes, John Mulvey, Johnny Martin, Thomas Miller, Ed Coderes, Ignacio Montez and Marc Gonzales ("federal agents"). Each individual is a federal agent with either Border Patrol or Immigration and Customs Enforcement ("ICE"), and was involved with the surveillance operation on October 18, 2006.

6. Due to opposition from the counsel for ICE, the depositions of the ICE agents did not go forward in August or September. Only the deposition of Border Patrol agent Marc Gonzales took place on September 4, 2008. I prepared and filed a motion to compel with the Court and U.S. Attorney, Samuel Bettwy, assisted in facilitating the cooperation of the Department of Homeland Security in producing the federal agents for deposition.

7. In the interim, the expert designations and written expert opinions of Dr. Bill Lewinski, Dale Bourgeois, E.J. Pellegrino, and Dr. Mark Kalish were submitted per Court order, by September 5, 2008, without the benefit of Plaintiff's deposition or the deposition of the percipient witness federal agents to aid in forming their opinions.

8. The supplemental report deadline also passed prior to the depositions of Plaintiff and federal agents. Although Agent Marc Gonzales' deposition took place on September 4, 2008, this was one day prior to the expert designation deadline and insufficient time to obtain a clean transcript for review prior to designation deadlines. Defendants' experts did not submit supplemental reports as there had been no further discovery completed which changed their opinions.

///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4839-7578-7525.1                    -2-
DECLARATION OF KAREN ROGAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY OF DEFENSE EXPERTS

8.    After the involvement of U.S. Attorney Samuel Bettwy, the depositions of the 5 ICE agents took place on October 14 and October 20, along with an additional deposition of Border Patrol Agent Ignacio Montez on October 23, 2008. I was the questioning attorney on behalf of Defendants. True and correct copies of the deposition transcript cover pages with the date of deposition for each federal agent are attached hereto as Exhibit "B."

9.    Plaintiff's deposition finally took place on October 21, 2008. I was present for the deposition. A true and correct copy of the deposition transcript cover page with the date of Plaintiff's deposition is attached hereto as Exhibit "C."

10.    When negotiating dates to depose Plaintiff's expert Roger Clark, I offered dates for Plaintiff to depose Defendants' experts, however Gene Iredale, counsel for Plaintiff, stated that he was not going to depose any defense experts.

11.    In keeping with counsel's representation, Mr. Iredale's office never availed themselves of the opportunity to depose and question Dr. Bill Lewinski, E.J. Pellegrino, Sgt. Dale Bourgeois, or Dr. Mark Kalish regarding their credentials or written opinion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of December, 2009 at San Diego, California.

_____
Karen Rogan

DECLARATION OF KAREN ROGAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY OF DEFENSE EXPERTS

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

**FEDERAL COURT PROOF OF SERVICE**
File No. 07CV1272 WQH BLM
Lopez v. City of Chula Vista, et al

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 550 West "C" Street, Suite 800, San Diego, California 92101. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On December 18, 2009, I served the following document(s):

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF BILL LEWINSKI, Ph.D, DALE BOURGEOIS, E.J. PELLEGRINO AND MARK KALISH, M.D.**

**DECLARATION OF WILLIAM LEWINSKI, Ph.D IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE DEFENSE EXPERTS LEWINSKI, BOURGEOIS, PELLEGRINO AND MARK KALISH**

**DECLARATION OF KAREN ROGAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE DEFENSE EXPERTS LEWINSKI, BOURGEOIS, PELLEGRINO AND MARK KALISH**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**Attorney for Plaintiff**
Eugene Iredale, Esq.
105 West "F" Street
San Diego, CA 92101-6036
Phone:619-233-1525

The documents were served by the following means:

[ ]    (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[ x ]    BY COURT'S CM/ECF SYSTEM Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 18, 2009 at San Diego, California.

Christine Jordan

4841-0366-2850.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

# EXHIBIT A

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
PETER L. GARCHIE [SB# 105122]    E-Mail: garchie@lbbslaw.com
KAREN L. ROGAN  [SB# 235582]    E-Mail: rogan@lbbslaw.com
550 West "C" Street, Suite 800
San Diego, California  92101
Telephone: (619) 233-1006
Facsimile:  (619) 233-8627

Attorneys for Defendants,
*RICHARD EMERSON, D. CLARK, G. ARMSTRONG, D. MARTINEZ, SERGEANT GUTHRIE* and *SERGEANT FOBES*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CHULA VISTA POLICE DEPARTMENT, CITY OF CHULA VISTA, a municipal corporation, RICHARD EMERSON, D. CLARK, an individual, G. ARMSTRONG, an individual, D. MARTINEZ, an individual, SERGEANT GUTHRIE, an individual, SERGEANT FOBES, an individual, DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. 07-CV-01272 WQH BLM<br><br>**AMENDED NOTICE OF DEPOSITIONS OF PLAINTIFF SERGIO LOPEZ AND REQUEST FOR PRODUCTION OF DOCUMENTS** |

**TO THE ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendants *RICHARD EMERSON, D. CLARK, G. ARMSTRONG, D. MARTINEZ, SGT. GUTHRIE* and *SGT. FOBES*, by and through their attorneys of record, LEWIS BRISBOIS BISGAARD & SMITH LLP, will take the deposition of plaintiff Sergio Lopez on previously set for September 2, 2008 at 10:00 a.m. to **September 5, 2008 at 10:00 a.m.** at Lewis Brisbois Bisgaard & Smith, 550 West Broadway, 8th Floor, San Diego, CA 92101, (619) 233-1006.

///

4845-8884-1986.1                                    -1-
AMENDED NOTICE OF DEPOSITIONS OF PLAINTIFF SERGIO LOPEZ

*Exhibit A-1*

NM09020818

PLEASE TAKE FURTHER NOTICE that, pursuant to Code of Civil Procedure § 2025(d), PLAINTIFF SERGIO LOPEZ shall be required to provide at the time of deposition any and all documentation in his possession regarding the above-referenced matter.

Said deposition may be recorded by the stenographic method through the instant visual display of the testimony and will continue from day to day, excluding Sundays and holidays, until completed. Further, defendants reserve the right to record these depositions by means of videotape in addition to stenographic recordation, and further reserves the right to use said videotape depositions at trial in this matter pursuant to the applicable on provisions in the F.R.C.P.

DATED: August 22 2008        **LEWIS BRISBOIS BISGAARD & SMITH** LLP

By _____K. Ross_____

Karen L. Rogan
Attorneys for Defendants,
*RICHARD EMERSON, D. CLARK, G. ARMSTRONG, D. MARTINEZ, SERGEANT GUTHRIE,* and *SERGEANT FOBES*

Exhibit A-2

4845-8884-1986.1                          -2-

AMENDED NOTICE OF DEPOSITIONS OF PLAINTIFF SERGIO LOPEZ

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

**FEDERAL COURT PROOF OF SERVICE**
File No. 07CV1272 WQH BLM
Lopez v. City of Chula Vista, et al

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 550 West "C" Street, Suite 800, San Diego, California 92101. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On August 25, 2008, I served the following document(s):

AMENDED NOTICE OF DEPOSITIONS OF PLAINTIFF SERGIO LOPEZ AND REQUEST FOR PRODUCTION OF DOCUMENTS

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

> **Attorney for Plaintiff**
> Eugene Iredale, Esq.
> 105 West "F" Street
> San Diego, CA 92101-6036
> Phone: 619-233-1525

The documents were served by the following means:

[X]   (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 25, 2008, at San Diego, California.

_____
Christine Jordan

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

4846-8878-1058.1

Exhibit A-3

**EXHIBIT B**

Gonzales, Marc Vol I 9/4/2008 9:15:00 AM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

------------------------------

SERGIO LOPEZ,                    )

     Plaintiff,      )

    vs.                    ) No. 07-CV-01272

CITY OF CHULA VISTA POLICE      )   WQH BLM

DEPARTMENT, et al.,              )

     Defendants.       )

------------------------------

Deposition of MARC GONZALEZ, at

550 West C Street, Suite 800,

San Diego, California, commencing

at 9:15 A.M. Thursday, September 4,

2008, before Barbara Manning, CSR, RPR,

CSR No. 11421.

Pages 1-108, Inclusive

Exhibit B-1

Coderes, Ed Vol I  10/14/2008  2:30:00 PM

UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

---------------------------------

SERGIO LOPEZ, an individual,        )

    Plaintiff,                )

    VS.                        ) No. 07-CV-01272

CHULA VISTA POLICE DEPARTMENT, a  )   WQH-BLM

municipal sub-agency of the COUNTY )

OF SAN DIEGO, the CITY OF CHULA    )

VISTA, a municipal corporation,    )

RICHARD EMERSON, D. CLARK, an      )

individual, G. ARMSTRONG, an       )

individual, D. MARTINEZ, an        )

individual, Sergeant GUTHRIE, an   )

individual, Sergeant FOBES, an     )

individual, and DOES 1-20,         )

inclusive,                         )

    Defendants.            )

---------------------------------

DEPOSITION OF AGENT ED CODERES

TUESDAY, OCTOBER 14, 2008

PAGES 1 - 70

Lopez v City of Chula Vista Police Department    Unsigned

Page 1

Exhibit B-2

Miller, Thomas Vol I  10/14/2008  4:20:00 PM

UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

----------------------------------

SERGIO LOPEZ, an individual,      )

    Plaintiff,              )

  vs.                    ) No. 07-CV-01272

CHULA VISTA POLICE DEPARTMENT, a  )   WQH-BLM

municipal sub-agency of the COUNTY )

OF SAN DIEGO, the CITY OF CHULA   )

VISTA, a municipal corporation,   )

RICHARD EMERSON, D. CLARK, an     )

individual, G. ARMSTRONG, an      )

individual, D. MARTINEZ, an       )

individual, Sergeant GUTHRIE, an  )

individual, Sergeant FOBES, an    )

individual, and DOES 1-20,        )

inclusive,                        )

    Defendants.             )

----------------------------------

DEPOSITION OF AGENT THOMAS MILLER

TUESDAY, OCTOBER 14, 2008

PAGES 1 - 42

Exhibit B-3

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SERGIO LOPEZ,                         )
                                      )
        Plaintiff,                    )
                                      )
    vs.                    )No. 07CV01272-WQH-BLM
                                      )
CHULA VISTA POLICE DEPARTMENT, a )
municipal sub-agency of the      )
COUNTY OF SAN DIEGO, et al.,    )
                                      )
        Defendants.          )
_____)
U.S. DEPARTMENT OF HOMELAND       )
SECURITY,                         )
                                  )
        Interested Party.     )
_____)

DEPOSITION OF JOHNNY MARTIN

Commencing at 10:35 a.m.

October 20, 2008

550 West C Street, Suite 800

San Diego, California

* THIS DEPOSITION IS SUBJECT TO PROTECTIVE ORDER *

* UNAUTHORIZED DISCLOSURE IS PROHIBITED *

Barbara Manning, CSR, RPR

CSR No. 11421

Pages 1-75, Inclusive

Exhibit B-4

Hayes, Lester Rolland, Jr. Vol I  10/20/2008  11:52:00 AM

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

------------------------

SERGIO LOPEZ,              )

    Plaintiff,    )

vs.              ) No. 07-CV-01272 WQH-BLM

CHULA VISTA POLICE        ) So. Cal.

DEPARTMENT, et al.,          )

    Defendants.    )

------------------------

CONFIDENTIAL VIDEO TELECONFERENCED

Deposition of LESTER ROLLAND HAYES, JR.,

at the offices of Olender Reporting,

1522 K Street, Northwest, Suite 720,

Washington, DC, commencing at 11:52 a.m.,

Monday, October 20, 2008, before

Donald R. Thacker, a Notary Public within and

for the Commonwealth of Virginia.

PAGES 1 - 66

Exhibit B-5

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SERGIO LOPEZ,                    )
                                 )
        Plaintiff,               )
                                 )
        vs.                      )No. 07CV01272-WQH-BLM
                                 )
CHULA VISTA POLICE DEPARTMENT, a )
municipal sub-agency of the      )
COUNTY OF SAN DIEGO, et al.,     )
                                 )
        Defendants.              )
_____)
U.S. DEPARTMENT OF HOMELAND      )
SECURITY,                        )
                                 )
        Interested Party.        )
_____)


DEPOSITION OF JOHN P. MULVEY

Commencing at 12:15 p.m.

October 20, 2008,

550 West C Street, Suite 800

San Diego, California




* THIS DEPOSITION IS SUBJECT TO PROTECTIVE ORDER *

* UNAUTHORIZED DISCLOSURE IS PROHIBITED *




Barbara Manning, CSR, RPR

CSR No. 11421

Pages 1-43, Inclusive

Exhibit B-6

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

-------------------------------

SERGIO LOPEZ,               )

   Plaintiff,  )

        ) CASE NO.

  vs.     ) 07-CV-01272 WQH BLM

CITY OF CHULA VISTA POLICE   )

DEPARTMENT, CITY OF CHULA    )

VISTA, a municipal corporation)

RICHARD EMERSON, D. CLARK, an )

individual, et al.,          )

   Defendants.  )

-------------------------------

DEPOSITION OF IGNACIO MONTEZ, taken on behalf of the

Defendants at 550 West C Street, Suite 800, San

Diego, California 92101, commencing at 1:38 p.m.,

Thursday, October 23, 2008, before Elaine Carlson,

Certified Shorthand Reporter, C.S.R. No. 8344

Pages 1 - 48

Exhibit B-7

**EXHIBIT C**

UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

--------------------------------

SERGIO LOPEZ, an individual,    )

    Plaintiff,            )

    vs.                   ) No. CV-01272

CHULA VISTA POLICE DEPARTMENT,  )    WQH-BLM

A municipal sub-agency of the   )

COUNTY OF SAN DIEGO, the CITY    )

OF CHULA VISTA, a municipal      )

Corporation, RICHARD EMERSON,    )

D. CLARK, an individual,         )

G. ARMSTRONG, an individual,     )

D. MARTINEZ, an individual,      )

Sergeant GUTHRIE, an individual, )

Sergeant FOBES, an individual,   )

And DOES 1-20, inclusive,        )

    Defendants.           )

--------------------------------

DEPOSITION OF SERGIO LOPEZ

TUESDAY, OCTOBER 21, 2008

PAGES 1 - 265

Exhibit C-1