12/17/2009  18:07   15073871291   FORCE SCIENCE  UPT   PAGE  02

**LEWIS BRISBOIS BISGAARD & SMITH** LLP
PETER L. GARCHIE, SB# 105122
        email: garchie@lbbslaw.com
KAREN L. ROGAN, SB# 235582
        email: rogan@lbbslaw.com
550 West "C" Street, Suite 800
San Diego, California 92101
Telephone: (619) 233-1006
Facsimile: (619) 233-8627

Attorneys for Defendants, *CITY OF CHULA VISTA POLICE DEPARTMENT, CITY OF CHULA VISTA, D. CLARK, G. ARMSTRONG, D. MARTINEZ, SERGEANT GUTHRIE, and SERGEANT FOBES.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO LOPEZ,<br><br>                  Plaintiff,<br><br>        v.<br><br>CHULA VISTA POLICE DEPARTMENT, a municipal sub-agency of the COUNTY OF SAN DIEGO, CITY OF CHULA VISTA, a municipal corporation, D. CLARK, an individual, G. ARMSTRONG, an individual, D. MARTINEZ, an individual, SERGEANT GUTHRIE, an individual, SERGEANT FOBES, an individual, DOES 1-20, inclusive,,<br><br>                  Defendants. | CASE NO. 07-CV-01272-WQH-BLM<br><br>**DECLARATION OF WILLIAM LEWINSKI, Ph.D IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION** *IN LIMINE* **TO EXCLUDE DEFENSE EXPERTS LEWINSKI, BOURGEOIS, PELLEGRINO AND KALISH** |

I, William Lewinski, hereby declare as follows:

1.      I am over the age of 18, have personal knowledge of, and am competent to testify to the matters stated herein.

2.      I have been retained as an expert on police procedures in the above-captioned case by Defendants City of Chula Vista, Chula Vista Police Department, D. Clark, G. Armstrong, D. Martinez, Sergeant Fobes and Sergeant Guthrie.

3.      I am a behavioral scientist specializing in law enforcement issues. I obtained my doctorate degree in police psychology from Union Institute and University in Ohio in 1988. Contrary to the statements I have read in Plaintiff's motion *in limine* to exclude my testimony, the

4829-0132-4549.1                                                        -1-
DECLARATION OF WILLIAM LEWINSKI, PH.D IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE DEFENSE EXPERTS

Union Institute and University in Ohio is not a distance learning or online university, although some programs are designed to accommodate working adults. Notwithstanding, the program of study I completed in order to obtain my doctorate degree included one year of full-time attendance for class instruction, an additional year of directed study under the supervision of faculty, and a third year of standard dissertation research and writing, and I completed an internship as well. The program at Union Institute was recommended by the Dean of the College of Arts and Humanities at Minnesota State University, who sat on the North Central Accrediting Committee which granted accreditation to Union Institute. The program permitted me to obtain a Ph.D in psychology with a major concentration in police psychology under the supervision of two top police psychologists in North America.

4.      Prior to obtaining my Ph.D in police psychology, I worked as a clinical psychologist and psychologist in Winnipeg, Canada from 1970-1978. At this time, when practicing in Canada, individuals who were working under the supervision of a licensed psychologist held the title of "clinical psychologist." These standards may differ from standards in the present day United States, however, the title reflected in my resume accurately reflects the position and title I held at the time and contrary to Plaintiff's inference, I have not misrepresented my employment history or professional experience.

5.      Again, contrary to the false statements made by Plaintiff in his motion *in limine* seeking to exclude testimony by several defense experts, including my testimony, every research project written by me, my firm, or in collaboration with other colleagues has been peer-reviewed and published in peer-reviewed journals. I have extensively published my own research and findings in publications including, but not limited to, *Journal for the Association of Crime Scene Reconstruction*, the *Law Enforcement Executive Forum*, and *Police Quarterly*. I am the editor and major contributor to a twice monthly newsletter on my areas of research, which is distributed to approximately 750,000 subscribers and is published on a password protected website for the International Association of Chiefs of Police and is also disseminated and referenced by many law enforcement agencies, including but not limited to, The Federal Law Enforcement Training Academy in Glynco, Georgia, which trains 70,000 law enforcement officers each year. I have

4829-0132-4549.1                                                    -2-

DECLARATION OF WILLIAM LEWINSKI, PHD IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE DEFENSE EXPERTS

published research in scholarly, peer-reviewed journals presented at peer-reviewed conferences for law enforcement professionals, psychologists, and educators. My firm's research has appeared and been approved to appear at peer-reviewed conferences for national and international engineering associations as well. A true and correct copy of a sample of articles authored or co-authored by me and current research conducted by my firm, Force Science Institute (which is visible on our publicly available company website) is attached hereto as Exhibit "1."

6. Plaintiff's motion refers to the *Humphrey v. Leatherman* case in 2005, where I was not yet qualified as a reconstruction expert and not permitted to testify on reconstruction matters. However, since the *Leatherman* case, because of my research and teaching in the area of reconstruction, I have been qualified to discuss behavioral science elements of a reconstruction.

7. Plaintiff's motion also refers to the *Miller* case, however, the ruling incorporated by Plaintiff is not accurate. I was not permitted to testify in the *Miller* case solely because too many experts had been designated to cover the same areas of discussion. I was not disqualified based upon my qualifications, I was not permitted to testify because the defense could only introduce one expert.

8. I have been invited to present my work to select sub-committees of the House of Commons and House of Lords in the United Kingdom. In 2007, I was invited to be the keynote speaker at the Police Psychological Services Section of the International Association of the Chiefs of Police. In 2006, I was part of a panel convened by the same association to examine the implications of my firm's research on their policy recommendations.

9. From 1987 through 1992, I served as the Director of the law enforcement program at Mankato State University, which as the largest and highest-ranking law enforcement/criminal justice degree program in the North Central U.S. I developed an applied research/consultation institute at Mankato State University and an integrated clinical program resulting in a four-year law enforcement degree and police officer licensure program in Minnesota.

10. Although I do serve as an expert witness from time to time, I am also a full-time, a fully tenured Professor in the Law Enforcement Program at Minnesota State University, where I have been teaching for nearly 30 years. I began teaching at Minnesota State University in 1981

and was promoted to Associate Professor in 1986. I became a full-time Professor in approximately 2003. I have served as the Chair of the Department of Political Science and/or Director of the Law Enforcement program for 7 years. My department has 15 faculty members and serves roughly 850 students, including undergraduate and graduate students in law enforcement, political science, paralegal studies and public administration. Minnesota State University is a fully-accredited four-year state university with undergraduate, graduate, and doctoral programs. I spend the majority of my time conducting research, publishing, and presenting my research in subject areas discussed in my curriculum vitae.

11.    Since 2003, I have been the Executive Director of Force Science Research Center where I have focused my efforts on research relating to police officer shootings and the analysis of human perception, memory, reaction time, and other factors relating to human performance in circumstances involving force. I have examined hundreds of officer-involved shootings in minute detail in the United States, Canada, and the United Kingdom. I have interviewed, advised, or counseled over 1,200 officers who were involved in lethal force encounters.

12.    In 2008 and 2009 we consulted on and designed a research project in the United Kingdom which involved 360 firearms officers from throughout the country and collaborative efforts with three universities from the United Kingdom and Florida International University. This study involved perception, judgment and memory. We also collaborated on a research project involving subject movement with a handgun and threat potential, with subjects from Northeast Wisconsin Technical College and the University of Indiana's Ergonomics Lab. During 2009 we also completed a major study in association with the University of Calgary that focused on perception, judgment and the decision to shoot in simulated encounters that escalated to the presentation of a cell phone or a handgun only. We used eye-scan equipment to assess exactly what officers were viewing in the middle of the escalating encounters and how what they were looking at affected their judgment. This study has been presented at a peer reviewed conference in Rome on Spatial Cognition and has been accepted for a peer reviewed conference of the American Psychological Association, Forensic Psychology Section in Vancouver in March. Many of the areas of our research are critical to evaluating the conduct of the parties in *this* case.

LEWIS
BRISBOIS
BISGAARD
&SMITH LLP

DECLARATION OF WILLIAM LEWINSKI, PH.D IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE DEFENSE EXPERTS

13.    I have conducted extensive field studies under controlled conditions reconstructing shootings and shell casing placement, research which has been accepted by noted experts in shooting reconstruction, as well as by forensic labs, trainers, and police investigation professionals.

14.    I am a frequent lecturer at professional and law enforcement seminars on the topics at issue in this case, among others. Within the past few weeks, I was appointed as an expert for a special task force formed by the Governor of the State of New York, along with the NAACP, University of South Carolina, Police Assessment Resource Center, University of Southern Florida, John Jay College of Criminal Justice, and several other agencies, to review a number of officer on officer shootings and advise the State of New York. I have been appointed to this task force as an expert on street encounters and how to determine civilians from undercover officers in situations strikingly similar to the case at bar. A true and correct copy of a portion of the website for the Police on Police Shootings Task Force and email identifying me as an advisor to the task force are attached hereto as Exhibit "2."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of December, 2009 at _MANKATO, MINNESOTA_.

_____

William Lewinski, Ph.D

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4829-0132-4549.1                    -5-
DECLARATION OF WILLIAM LEWINSKI, PH.D IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE DEFENSE EXPERTS

**FEDERAL COURT PROOF OF SERVICE**
File No. 07CV1272 WQH BLM
Lopez v. City of Chula Vista, et al

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 550 West "C" Street, Suite 800, San Diego, California 92101. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On December 18, 2009, I served the following document(s):

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF BILL LEWINSKI, Ph.D, DALE BOURGEOIS, E.J. PELLEGRINO AND MARK KALISH, M.D.**

**DECLARATION OF WILLIAM LEWINSKI, Ph.D IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE DEFENSE EXPERTS LEWINSKI, BOURGEOIS, PELLEGRINO AND MARK KALISH**

**DECLARATION OF KAREN ROGAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE DEFENSE EXPERTS LEWINSKI, BOURGEOIS, PELLEGRINO AND MARK KALISH**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| **Attorney for Plaintiff** |
| --- |
| Eugene Iredale, Esq. |
| 105 West "F" Street |
| San Diego, CA 92101-6036 |
| Phone:619-233-1525 |

The documents were served by the following means:

[ ]    (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[ x ]    BY COURT'S CM/ECF SYSTEM Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 18, 2009 at San Diego, California.

_____
Christine Jordan

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

4841-0366-2850.1

**EXHIBIT 1**

# Force Science® Institute, Ltd.

Studying the Science & Human Dynamics Behind Deadly Force Encounters

# Articles

| Title | Pages | Author | Publication |
|---|---|---|---|
| To Shoot or Not to Shoot: Response and Interpretation of Response to Armed Assailants | 12 | Matthew J. Sharps & Adam B. Hess | The Forensic Examiner |
| Guidelines on Memory and the Law Recommendations from the Scientific Study of Human Memory | 52 | BPS Research Board | The British Psychological Society |
| The Attention Study: A Study on the Presence of Selective Attention in Firearms Officers | 33 | William Lewinski | Law Enforcement Executive Forum |
| Command Sequence in Police Encounters: Searching for a Linguistic Fingerprint | 11 | Julie Vandermay, Dan Houlihan, Liesa A. Klein, William Lewinski, Jeffrey Buchanan | Law Enforcement Executive Forum |
| A Survey of the Research on Human Factors Related to Lethal Force Encounters: Implications for Law Enforcement Training, Tactics, and Testimony | 24 | Audrey Honig, William Lewinski | Law Enforcement Executive Forum |
| Shots Fired: An Examination of Police Shootings and Citizen Behaviors | 219 | James McElvian | |
| An Examination Of Police Officer Mental Chronometry | 16 | Jeffrey Bumgarner, William Lewinski, Bill Hudson, Craig Stapp | The Scene |
| Telling The Truth About Police Shootings | 5 | Charles Remsberg | Police Marksman |
| Force Science Research Center | 6 | Charles Remsberg & William Lewinski | Law Enforcement Trainer |
| The Impact Of Visual Complexity, Decision Making and Anticipation- The Tempe Study, Experiments 3& 5 | 3 | William Lewinski & Bill Hudson | Police Marksman |

Exhibit 1-1

Force Science® Institute, Ltd.

| | | | | |
|---|---|---|---|---|
| | Reaction Times In Lethal Force Encounters- The Tempe Study | 4 | William Lewinski & Bill Hudson | Police Marksman |
| | Biomechanics of Lethal Force Encounters | 3 | William Lewinski | Police Marksman |
| | What You Need To Tell The Prosecutor in Your Next Use-Of-Force Case | 3 | Joe Weeg | Police Marksman |
| | Stress Reactions Related to Lethal Force Encounters | 5 | William Lewinski | Police Marksman |
| | Why is the suspect shot in the back? | 9 | William Lewinski | Police Marksman |
| | The Lethal Employee | 3 | William Lewinski | Police Marksman |
| | Is Your Shooting Clean? | 3 | William Lewinski & Dave Grossi | Police Marksman |

Force Science Institute, Ltd. © 2009 Contact FSI

Exhibit 1-2

http://www.forcescience.org/articles.html                                    12/15/2009

# Force Science® Institute, Ltd.

## Studying the Science & Human Dynamics Behind Deadly Force Encounters

---

## Current Research at FSI

**FSI's Current Research**

### Spent Shell Casing Ejection Patterns from Semi-Automatic Firearms

**Goal:** To evaluate the precision of spent shell casing ejection patterns from common semi-automatic weapons in determining shooter locatio

**Impact:** This study demonstrates the impreciseness in spent shell casing ejection patterns determining shooter location even when accoun several variables including weapon type, weapon grip, motion, and ammunition type.

### Attentional Shift Under Pressure

**Goal:** Measure the time it takes the average officer to detect, absorb and react to changes in their visual field while attempting to concentrat deal with a primary threat to their safety.

**Impact:** Results could change the way officers approach potentially dangerous situations. Not by making them paranoid, but by convincing importance of planning ahead rather than attempting the impossible by trying to out-time a sudden, unexpected threat."

### Biomechanics of Force Confrontations & Identifying Pre-Attack Indicators

**Goal:** Study the movements and speed of suspects during certain force confrontations – primarily suspects lying prone on the ground with t hidden under their body – and identify visual cues that may constitute precursors of an armed assault.

**Impact:** Findings will reveal how long it takes a suspect to roll up enough from a face-down prone position to point a gun and fire at an offic spotlight early indications an officer might see as a warning that such a threat is being activated. The results will have major officer-survival implications.

### Enhancing Communication Effectiveness & Persuasive Abilities

**Goal:** Analyze various learning styles and develop science-based recommendations for methods by which the average officer will most effe learn, practice and apply communications skills that could persuade even the most extreme individuals to cooperate and comply.

Exhibit 1-3

**Impact**: This study stands to revolutionize teaching methods and enhance learning capabilities and will ultimately increase officers' effective safety in extreme encounters.

---

## Force Study: Moving Beyond Competency to Proficiency

**Goal**: Identify the most effective ways to help officers move beyond simple base-level performance with force options to being highly skilled and wise.

**Impact**: This study will change the way officers perceive, approach and train for combative situations, enhance their decision-making abilitie ultimately increase officer safety and decrease poor – often dangerous – choices in force confrontations.

---

*Exhibit 1-4*

**EXHIBIT 2**





# POLICE-ON-POLICE SHOOTINGS TASK FORCE
### DAVID A. PATERSON, GOVERNOR

Search

**Home**
**Overview**
**Task Force Members & Staff**
**Press Releases & Media**
**Executive Order**
**Your Feedback**
**Get Updates**
**Public Hearings**
**Law Enforcement Survey**
**Contact Us**

**What's New:**

**Public Hearings a Success** - The Task Force held three public hearings throughout the State to gain insights from a variety of stakeholders, and has also met separately with a number of current and former police officers, police fraternal organization and community leaders. Visit the Public Hearings page to see the full list of witnesses and download their written testimony.

**Law Enforcement Survey** available - The Task Force has developed an online survey to capture recommendations and experiences from the law enforcement community. If you are a current or former law enforcement officer, we would like to hear from you regarding your experiences with police-on-police confrontations and shootings. Survey responses are anonymous, but you can voluntarily provide contact information if you would be willing to participate in a follow-up interview. We have already heard from hundreds of officers. Make sure your voice is heard, too.

## Police-on-Police Shootings Task Force

### Overview

The Police-on-Police Shootings Task Force is examining the issues and implications arising from confrontations in which police officers have mistakenly shot other officers, especially those in which officers are mistaken for criminal suspects. The task force will make findings and recommendations with the aim of preventing such shootings.

The Task Force consists of **nine members**, all appointed by Governor David A. Paterson: highly respected leaders in their own fields and communities who have volunteered their time to engage in this serious undertaking. Assisted by a professional staff drawn from the research, law enforcement and civil rights communities, the Task Force will identify the root causes of police-on-police confrontations. Specifically, the Task Force will examine the range of operational, sociological, and psychological factors that may contribute to such shootings and how training, tactics, policies and procedures, and technology might help prevent them. The inquiry will also take account of the responses to these incidents by governments, the law enforcement community, and the public at large.

As set forth in Governor Paterson's Executive Order 23, the Task Force will focus on incidents between on-duty and off-duty officers, between uniformed and undercover officers, and between officers of different races, nationalities and ethnicities. While the Task Force will not investigate specific incidents, it will make use of previous investigations and individual accounts to understand how and why such incidents occur and how they can be prevented.

### Community Input and Feedback



Through online tools, original research, and public hearings, the Task Force will solicit information from a broad and diverse range of sources including law enforcement officials, community members, scholars and other experts. All of the information gathered will assist the Task Force to craft recommendations for action designed to prevent such tragedies in the future. The experiences, insights, and recommendations of current and former police officers who have been at risk, or felt themselves at risk, will be especially important.

We invite you to visit this website periodically and sign up for **e-mail updates** to receive new information and data as it is posted. We welcome your input and invite you to share your own experiences through our online **feedback form and survey tool.** Your comments, ideas and suggestions are an integral part of our effort to understand the impact that police-on-police confrontations have on the community and how these incidents relate to other phenomenon experienced by the people of New York and other states. Current and former members of the law enforcement community who have experienced police-on-police confrontations and shootings are highly encouraged to share their experiences.

### Findings and Recommendations

At the conclusion of its inquiry, the Task Force will issue a set of findings and recommendations in a public report to Governor Paterson. This report will be issued in the early Spring of 2010, approximately six months from the start of the Task Force's substantive review in September 2009.

Privacy Policy|Accessibility|Contact                    Copyright © 2009 Police-on-Police Shootings Task Force

Exhibit 2-1





# POLICE-ON-POLICE SHOOTINGS TASK FORCE
## DAVID A. PATERSON, GOVERNOR

Search

| Home |
|---|
| Overview |
| Task Force Members & Staff |
| Press Releases & Media |
| Executive Order |
| Your Feedback |
| Get Updates |
| Public Hearings |
| Law Enforcement Survey |
| Contact Us |

**What's New:**

**Public Hearings a Success** - The Task Force held three public hearings throughout the State to gain insights from a variety of stakeholders, and has also met separately with a number of current and former police officers, police fraternal organization and community leaders. Visit the Public Hearings page to see the full list of witnesses and download their written testimony.

**Law Enforcement Survey** available - The Task Force has developed an online survey to capture recommendations and experiences from the law enforcement community. If you are a current or former law enforcement officer, we would like to hear from you regarding your experiences with police-on-police confrontations and shootings. Survey responses are anonymous, but you can voluntarily provide contact information if you would be willing to participate in a follow-up interview. We have already heard from hundreds of officers. Make sure your voice is heard, too.

## Police-on-Police Shootings Task Force

### Overview

The Police-on-Police Shootings Task Force is examining the issues and implications arising from confrontations in which police officers have mistakenly shot other officers, especially those in which officers are mistaken for criminal suspects. The task force will make findings and recommendations with the aim of preventing such shootings.



The Task Force consists of **nine members**, all appointed by Governor David A. Paterson: highly respected leaders in their own fields and communities who have volunteered their time to engage in this serious undertaking. Assisted by a professional staff drawn from the research, law enforcement and civil rights communities, the Task Force will identify the root causes of police-on-police confrontations. Specifically, the Task Force will examine the range of operational, sociological, and psychological factors that may contribute to such shootings and how training, tactics, policies and procedures, and technology might help prevent them. The inquiry will also take account of the responses to these incidents by governments, the law enforcement community, and the public at large.

As set forth in Governor Paterson's Executive Order 23, the Task Force will focus on incidents between on-duty and off-duty officers, between uniformed and undercover officers, and between officers of different races, nationalities and ethnicities. While the Task Force will not investigate specific incidents, it will make use of previous investigations and individual accounts to understand how and why such incidents occur and how they can be prevented.

### Community Input and Feedback



Through online tools, original research, and public hearings, the Task Force will solicit information from a broad and diverse range of sources including law enforcement officials, community members, scholars and other experts. All of the information gathered will assist the Task Force to craft recommendations for action designed to prevent such tragedies in the future. The experiences, insights, and recommendations of current and former police officers who have been at risk, or felt themselves at risk, will be especially important.

We invite you to visit this website periodically and sign up for **e-mail updates** to receive new information and data as it is posted. We welcome your input and invite you to share your own experiences through our online **feedback form and survey tool**. Your comments, ideas and suggestions are an integral part of our effort to understand the impact that police-on-police confrontations have on the community and how these incidents relate to other phenomenon experienced by the people of New York and other states. Current and former members of the law enforcement community who have experienced police-on-police confrontations and shootings are highly encouraged to share their experiences.

### Findings and Recommendations

At the conclusion of its inquiry, the Task Force will issue a set of findings and recommendations in a public report to Governor Paterson. This report will be issued in the early Spring of 2010, approximately six months from the start of the Task Force's substantive review in September 2009.

Privacy Policy|Accessibility|Contact

Copyright © 2009 Police-on-Police Shootings Task Force

Exhibit 2-2

## Karen Rogan - List of advisors for task force

**From:**     William Lewinski <william.lewinski@forcescience.org>
**To:**       Karen Rogan <rogan@lbbslaw.com>
**Date:**     12/17/2009 9:02 AM
**Subject:**  List of advisors for task force

**From:** "Gilmer, Jim (DCJS)" <Jim.Gilmer@dcjs.state.ny.us>
**Date:** December 11, 2009 10:32:21 AM CST
**To:** Scott Buhrmaster <scott.buhrmaster@forcescience.org>
**Subject: TASK FORCE ADVISORS**

Scott,

As requested.  Your discretion with this information is appreciated.   Thanks.

Name
Geoff Alpert
Univ. of S. Carolina

Merrick Bobb
Police Assessment Resource Center

Lorie Fridell
Univ. of S. Florida

Delores Jones-Brown
John Jay College of Criminal Justice

Ernest Green
NOBLE

Ben Jealous
N.A.A.C.P.

Jeremy Travis
John Jay College of Criminal Justice

Ron Wilson
NABLEO

Bill Lewinski
Force Science Institute

Ron Hampton
NBPA

Bill Geller
Independent Consultant

Malcolm Gladwell (?)

Exhibit 2-3